UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

ROBERT A. "ROB" BRAYSHAW, and
STEPHANIE M. BRAYSHAW,

        **Plaintiffs,**                          **CASE NO. 10-**

v.

                                            **(Jury Trial Demanded)**

ANNETTE PICKETT GARRETT (Badge #640), individually,
MICHAEL EDWARD DILMORE, (Badge #694), individually,
And THE CITY OF TALLAHASSEE.

        **Defendants.**

_____/

## ORIGINAL PETITION FOR WAIVER OF FILING FEES
## ON THE BASIS OF INDIGENT STATUS

COMES NOW the Plaintiff/Appellant, Rob Brayshaw and Stephanie Brayshaw, acting as Pro Se hereby petitions this court for waiver of filing fees for the filing in this federal case. An order of insolvency should be issued to Plaintiff's in the above-entitled action, moving to proceed in forma pauperis pursuant to 28 U.S.C. 1915. We are unable to make full prepayment of fees or give security therefore, and it is our belief that we are entitled to relief. Rob and Stephanie Brayshaw are completely destitute and broke. The City Of Tallahassee and State Of Florida has cost our family thousands and thousands of dollars in earned and spent income for costs, defenses, emotional damages, etc. without any legal justification. This is due to false investigations, false arrest, false prosecutions, unconstitutional and invalid Florida Statute of 843.17, etc. Most of these false and harassment situations towards our family have been on account of Officer Annette Garrett with the Tallahassee Police Department. This is while the Florida Statute of 843.17 could have never possibly applied to my constitutionally protected actions of Free Speech and Free Press even if written as Constitutional at the time. All of my documented actions leading to false arrest have been in protest of wrongful actions with the Tallahassee Police. Florida Statute 843.17 was declared Unconstitutional and unenforceable by Honorable Federal Judge Richard Smoak on April 30th, 2010. Both Rob and Stephanie Brayshaw have a household with a family of four in which we currently have low and limited income while having two little children.  Our family is currently receiving Medicaid, WIC, Food Stamps and Social Security Supplements for our Premature Son that has needed medical care from early birth. We have a very low income with family members helping out with some billing. My wife and I have never filed any Federal Lawsuit previously within any court as indigent status and would greatly ask the court for waiver of fees for prepayment as this is certainly not a frivolous filing. The City of

Tallahassee and State of Florida Officials have been participating in an on-going harassment of our family with their good ol' boy network in which these facts need to be published and exposed for this illegal conduct as officials. As the facts will clearly show regardless of internet rumors, innuendo and false claims by the individuals mentioned here in this lawsuit, my wife and I have never been tried or convicted of any crime at all. We still have a thing in this county of "Innocent until Proven Guilty and that certainly still exists without any Trial at all". The City and State have never had anything at all for any reasonable prosecutable case for petty and no-nothing situations of civil matters that they wrongfully made as criminal. This is regarding trespassing as a property manager protected by Florida Statute 83.53 for property managers as well as publishing any address protected by the First Amendment. It has been nothing but illegal harassments by both the City and The State in combination with a Prior Employer that are IRS and State Tax and Insurance Frauds with 1099 Employment Misclassifications. The Situation of wrongful police abuse is all traceable and linked to Officer Annette Garrett with the Tallahassee Police Department due to our personality conflicts starting in April 2007 during a false investigation.

The City Of Tallahassee and The State Of Florida need many changes regarding their governing and secrecy of operations which is why we have been so vocal about the situation to bring attention to the matter to the public citizenry and officials.

The solution of government officials with the City Of Tallahassee and The State Of Florida is basically threats, intimidation and harassments to our family for speaking up about it. They have been attempting to silence us regarding their unlawful operations which was what leaded to my false arrest based upon an unconstitutional ordinance as declared.

WHEREFORE, Plaintiffs, based upon the foregoing facts and authorities, moves this honorable court to enter an order for pre-waiver of the $350.00 filing fees on the basis of destitute and indigent status for this original petition to this Honorable Federal Court.

This Federal Lawsuit should move forward under the Power Of The First Amendment and other pertinent Federal and State Laws as every citizen has a right to participate in their government for changes. The government serves at the will of the people and for the people.

_____     6-29-2010

ROB BRAYSHAW, PRO SE          Date
206 Wilson Green Boulevard
Tallahassee, Florida 32305
(850) 980-2504

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

ROBERT A. "ROB" BRAYSHAW, and
STEPHANIE M. BRAYSHAW,

      Plaintiffs,                                   CIVIL ACTION CASE NO.

v.

                                                      (Jury Trial Demanded)

ANNETTE PICKETT GARRETT (Badge #640), individually,
MICHAEL EDWARD DILMORE, (Badge #694), individually,
AND THE CITY OF TALLAHASSEE.

      Defendants.

_____/

## COMPLAINT FOR DECLARATORY AND INJUNCTION RELIEFS

Plaintiffs, ROBERT A. "ROB" BRAYSHAW and STEPHANIE BRAYSHAW,

hereby sue Defendants, ANNETTE PICKETT GARRETT, individually, MICHAEL

EDWARD DILMORE, individually, With THE CITY OF TALLAHASSEE and alleges:

## NATURE OF THE ACTION

    1.     This is an action brought under Federal and/or Florida common laws for

claims which are, Individually, valued in excess of Seventy-Five Thousand Dollars

($75,000.00), exclusive of costs and interest in excess of $750,000.00 for all

Claims in the Total Of Millions of Dollars at Face Value to this action.

    2.     This is an action for declaratory damages, injunctive reliefs and costs.

## THE PARTIES

    3.     At all times pertinent hereto, Plaintiffs, ROBERT A."ROB" BRAYSHAW

and STEPHANIE M. BRAYSHAW, have been residents of the State Of Florida both

residing in Tallahassee, Florida.

4. Defendants, City Of Tallahassee, Florida is a municipal corporation with the power to sue or be sued. See Art. VIII, § 2(b), Fla. Const.; § 166.021, Fla. Stat. At all times pertinent hereto, both Defendants have been residents of State Of Florida, and/or resided in Tallahassee, Florida, and/or committed tortious acts in Tallahassee, Florida, or committed tortious acts in part here and in part elsewhere such that harm was suffered in Leon County, Florida while working for The City Of Tallahassee.

## JURISDICTIONAL ALLEGATIONS

5. Plaintiffs bring this action pursuant to 42 U.S.C. § 1983; the First, Fourth and Fourteenth Amendments of the United States Constitution; 18 U.S.C. § 1961 and other pendent state common and statutory laws of 2201 and 2202.

6. This Court has jurisdiction over Plaintiff's federal law claims pursuant to 28 U.S.C. § 1331, 1343(a)(3) and 42 U.S.C. § 1988. Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202, and injunctive relief pursuant to Fed.R.Civ. P. 65.

7. Venue is proper in this Court, as the parties are residents of Leon County, Florida, and the events underlying this lawsuit occurred in Leon County. Plaintiffs expressly reserve the right, however, to timely change venue, by applicable law, because (inter alia) Leon County divisions, entities, officers, employees, and/or agents are parties to this lawsuit. **GENERAL ALLEGATIONS OF FACTS**

8. Plaintiffs reallege and incorporate, by this reference, their claims of facts, and allegations in the paragraphs above, as if set forth fully herein.

9. At all times material herein, Plaintiffs Rob and Stephanie Brayshaw were individuals, residing in Leon County, Florida as home owners and/or property managers

<u>2</u>

of the Dakota Apartments, a company in Tallahassee, authorized to do and doing
business in Leon County, Florida in Tallahassee.

10.     The City Of Tallahassee DBA The Tallahassee Police Department is a
public entity, formed and designated as such, and (as such) it and its officers and
divisions are subject to civil suit and may be held independently or vicariously liable for
the wrongful conduct of its divisions, agents, officers, and employees, including (inter
alia) the individual members of the Leon County Board of Supervisors, the officers and
employees of its divisions.

11. Plaintiffs Rob and Stephanie Brayshaw are both married together.
Defendants Annette Garrett and Mike Dilmore are law enforcement officers and are
being sued as individuals and in their official capacities with the City Of Tallahassee.

12. Beginning in April 2007 and continuing into the future of May 2007,
Officer Annette Garrett was investigating a false trespassing police report while we were
working as property managers for the Dakota Apartments.  Officer Annette Garrett
engaged in a concerted, ongoing pattern of harassment and retaliation against Plaintiff
Rob Brayshaw especially, including but not limited to the filing of false police reports
claiming that I stated that I worked as a "sworn" law enforcement officer, with the
making of other false statements, all intended to cause, and which did in fact cause,
grievous harm to Plaintiffs because of her dishonesty as a law enforcement officer.  I
have worked in the Commonwealth of Virginia as previously registered with the DCJS
in numerous law enforcement positions while never stating the word "sworn".  The fact
that Officer Annette Garrett is sworn doesn't make a matter of difference since she

<u>3</u>

doesn't follow and uphold the law or civil rights of citizens. Both sworn and unsworn officers have basically the same roles of arresting criminals while having cars, badges and guns. This includes Private Investigations, Armed Security, Armored Car Personnel and Bail Enforcement Officer (Slang: "Bounty Hunter"). I would say that this constitutes "Law Enforcement" as defined in the State of Virginia for the Private Sector. Furthermore, my Concealed weapons permit with my wife's is not made a matter of public record for our family's safety. Annette Garrett was notified during small talk and made it such record disclosed in her police report with total disregard for our personal privacy and protection as previously held with the State of Florida before her disregards.

13. Specifically and without limitation, false allegations of trespassing were filed against Plaintiff Rob Brayshaw as a property manager for a police investigation. This is while Rob Brayshaw was working and doing his job as the property manager of the Dakota Apartments for the protection and preservation of property. Florida Law 83.53 protects property managers from false allegations of trespassing because of the protection and preservation of property that they own and/or are paid to manage. It gives them the personal right to enter an apartment at any time for the safety of residents and protection of property paid to manage as a manager out of their personal concerns.

14. Defendant Garrett, individually and/or in her position as a law Enforcement officer with the City Of Tallahassee, received these false police reports for the same apartment and instituted numerous proceedings during April and May 2007 for a false investigation. This was to effectuate the arrest of Plaintiff Rob Brayshaw under circumstances in which Garrett certainly knew or should have known the basis for such

**4**

Proceedings were false, malicious and/or nonexistent. She stated in her own police reports during the investigation that the residents were dishonest. It was very unreasonable to take two months to investigate a simple and petty trespassing matter for a property manager of all people that were just doing their job which was just major bias. This officer had a biased and discrimatory view-point regarding the investigation of a property manager protected by Florida Law 83.53. This is just like her similar view-point discrimination for attempting to make a case out of the publishing of her address. This was based upon an unconstitutional law for public information in which she had already highly exposed to the world on numerous websites already. She obviously likes attention and publicity for her family's life when also not on duty with the City Of Tallahassee.

15. These allegations were false and Garrett knew that they were false. The property managers had problems with these residents that were on-going for their use of drugs and alcohol with numerous parties and problems as related to such. These residents were in the process of being evicted for not following their lease agreements. There was too much of a daily on-going clean-up by the management and grounds crew on the outside of their apartment for trash, beer cans, cigarette butts along with loud noise and cars being towed. They had been receiving notices to follow their lease agreements as signed upon. We felt that we were being extorted to let them out of their Lease Agreements because they didn't want to pay to live at the property during summer. We could not let these residents out of the payments for a 12-month lease that they had with the owners of the property. They needed to follow the lease agreements because they were going to pay for the apartment regardless with a contract. In addition to Officer

<u>5</u>

Annette Garrett being a Homicide Investigator, she also sells Avon products which would obviously apply to mostly women. Her police reports in prior history have shown obvious favoritism of bias and misconduct against men in favor of women. She has always had a "conflict of interest" while working in law enforcement and selling Avon Products while doing so in the capacity as a public servant as paid to do. She has even had internal affairs receive complaints from citizens regarding these actions of selling Avon products on the job from her office during her duty of law enforcement while on the job with the City. I have personally read many of her police reports and citizen complaints. She herself has made phone calls to people about Avon orders while working with the City for the police department. This Officer is very petty and vindictive towards the public and especially me with false police reports of trespassing (property manager), claims of impersonating an officer (never said sworn) and being a criminal for merely posting her address. None of these petty and frivolous things were brought to trial or convicted for any crime which shows her constant pattern of harassment towards me and my family starting with the false trespassing investigation. She basically got a case complaint and starts twisting the facts in her police reports for a conviction just like John and Andrea Duffy along with several other citizens harassed and abused by her. Based on our research, we think it's typical for Garrett to have this tyrant behavior by attacking citizens and insulting them during her biased and petty investigations. We don't like it.

16. Additionally, during the course of ostensibly performing her duties as a law enforcement officer, Garrett refused to talk to Plaintiff's witnesses to obtain information that would have immediately exonerated any further investigation to Plaintiff

Rob Brayshaw for being strictly a one-sided story by residents that didn't follow their

lease agreements claiming the trespassing claims against me because of the tow truck

driver calling the police. The false investigation handled by Officer Annette Garrett with

poor job performance would have been within one day instead of extended harassments

lasting for two months for a false investigation. I was harassed, threatened, intimidated,

pestered and stalked for about two months during a baseless investigation. It would have

also not encouraged if not Inticed Defendants with their friend to file false and malicious

complaints in police reports about Plaintiffs Rob and Stephanie Brayshaw in the future.

All reports were Baseless and Never Prosecuted for Petty and No-nothing Claims.

Defendant Annette Garrett also gave false testimony in her police reports as written by

her in the investigation proceedings. I believe this is because I was mad and told her that

I didn't appreciate her harassment and bad and biased attitude during her false

investigation. It should have been quite obvious that I was doing my job as a property

manager as protected by law 83.53. The prosecutor reviewing the case obviously knew

the law because the case was declined for prosecution. It was a major waste of

taxpayer's resources with the extreme amount of time involved for such a petty and no-

nothing matter of an investigation. It caused much emotional distress that was

completely unwarranted to Rob Brayshaw and his family with his wife Stephanie that

was six months pregnant at the time. We lost our baby Samuel just days after the

investigation ended in May 2007. This was probably because of such an extreme and

abusive officer conducting such an extended and petty investigation causing emotional

distress. The residents that filed the false police reports were not charged with filing false

police reports which is a crime.  However, Officer Annette Garrett even wrote in her own

police reports that the residents were not honest or telling the truth for the matter based

on her own investigation while having obvious bias towards them during the

investigation.  She acted one way against Brayshaw during the investigation while

writing her police reports as mixed to them because the reports by the residents would

have never panned out.  However, there were many rude, abusive and unprofessional

actions by her that were unnecessary with inaccuracies in her police report writings.

     17. Defendant Officer Annette Garrett acted in a concerted and conspiratorial

manner towards the Plaintiffs, intending to cause and in fact causing grievous personal,

financial and emotional distress and damages.  More specifically, Defendants acted in

concert to make and/or to support the making of false police reports and/or false claims

of trespassing or statements against one or both the Plaintiffs, a violation of Florida Law.

To this day, Officer Annette Garrett or connections to her have been posting these false

police reports on the internet as harassment to us.  This is for our complaints written by us

about her for the fabrications of her police reports as believing it's a form

of protection to her of her own actions.  The posting of these police reports on-line with

comments about us only show that she isn't fit for being a police officer as a public

servant for us.  She is very vindictive and immature since the complaints have been made

about her for her wrongful actions.  She has posted mean comments on-line about my

wife and I about being crooks, con-artists and living off the backs of Tallahassee tax

payers.  She has posted her police reports on-line for false investigations of trespassing

and making false claims of stating that I impersonated a police officer while working as a

<u>8</u>

property manager. These police reports posted on-line from over three years ago prove absolutely nothing except me doing my job as a property manager falsely accused of Trespassing at a property that I worked. There was no crime, arrest or conviction at all. The investigation was a total joke which probably consisted of Officer Garrett selling Avon products to these women. Officer Annette Garrett obviously doesn't know the law regarding property managers of 83.53 in which trespassing doesn't exist for a property manager protecting and preserving his property as paid to manage. They have the legal right to enter an apartment at any time when people or property are at stake for a concern to check the premises as I was doing and went home. In fact, the police were on-site and on the property after I was called at home and checked the premises. I was actually in bed asleep before the tow truck driver notified me of possible property damages and him being assaulted. There was reason for my concern. Garrett is still trying to figure out the case regarding there was no case because she doesn't know the law and she twists the law into a pretzel for making any Petty Arrest and for writing complaints about her actions. The Florida Law of 83.53 is exclusively for property managers that would not apply to anyone unless they were the property manager or landlord. It is for the preservation and protection of people and property because the police are not always there when a crime could exist. Besides written perjuries by residents for a false claim of trespassing as falsely claimed in police reports, there was no crime at all. This officer certainly doesn't know the law of 83.53 for Property Managers same as she doesn't even know the First Amendment for American Citizens. The law is only what she says it is because she's an out of control cop. This officer is not a judge or jury member in which her falsified

assertions of false claims of me doing these petty claims are without merit. Not one of her petty and no-nothing cases involving me has ever gone to trial for any trial or conviction resulting in no proof of any crime and just claims by her. If anyone has reviewed her police reports and records, they would realize that many of her petty and no-nothing cases get dismissed and never go to trial like John and Andrea Duffy. Officer Garrett for not being a judge or jury member with no conviction of any crimes against me whatsoever, does not have the authority to make such false assertions and claims about me or any of my family including my wife. I think most people know the standard protocol or operating procedures for blaming the victim like Rachel Hoffman when they hold responsibility and fault. It's always the citizen's fault that they nearly broke their fingers with an order to stop a fleeing felon by the Tallahassee Police. Filing a $500 Pro Se lawsuit and settling for $1500 for about $1000 paid after costs certainly makes a con-artist or a crook for being put in the situation and having joint injuries. The only way to change the government is really by filing lawsuits to make the changes. My wife and I are certainly living off the tax payers for the last several years based upon a $1000 lawsuit which was more cost than it was worth. Most citizens receive awards for tipping the police to felons and that doesn't include stopping them and injuring fingers as ordered to Do by the Tallahassee Police Officers on the scene. It's no surprise considering the inattentiveness considering the Rachel Hoffman case by police and Officers like Garrett selling Avon products while paid to work for our Tallahassee Citizens for protecting and serving. We are sure that she peddles and sells many beauty products because she has a badge! If Officer Garrett was honest with the public in her internet postings about Rob

**10**

and Stephanie Brayshaw, she would talk about how much she wastes our city resources for our tax payers money, time and resources. This is like most of our local government officials in the news for being in the club. Working for the City of Tallahassee is about "Self-Servants" like Officer Garrett in which it's never about being a "Public Servant" for the Citizens for wasting such a major amount of resources on petty and no-nothing things. There's absolutely no denying that we feel that we certainly have some idiots working in our local government in which there is no crime about expressing that opinion. All of our Tallahassee City Commissioners are living it up for being in "Club Med". They certainly attempted to strike down the free speech and free press of Erwin Jackson exposing the truths about their outrageous spending and personal raises for deferred plans. I would have never given them a raise for these "part-time jobs" with their other businesses. They are rapidly spending our tax payers money on an extravagant lifestyle of vacations and hearing foreign languages while rarely addressing the concerns of citizens at the offices. Some Tallahassee Citizens would work on the City Commission for Free to get the budgets under control and actually take care of our citizens. There's No Care and An example is Officer Annette Garrett placing her so-called personal information of name, address and phone number all over the internet in the phone books. This is also while having her Comcast Biography and Avon websites displaying her personal information, biography, photos of her and her family, etc. Then, she decides to make a criminal case out of it against the Brayshaw's because this information was shared about a public servant. The false case wasted thousands and thousands of dollars of our tax payers money, time and resources in which we are the tax payers as well for having our say.

**11**

That to us seems very crooked, dishonest and being a complete con-artist for spending

other people's money on waste for something that was not even a crime. It's Officers like

Annette Garrett that are living off the backs of our Tallahassee Citizens while she sells

Avon products and doesn't even do her job as paid to do for protecting and serving the

citizens. She has plenty of time to "make up cases" against law-abiding citizens for being

both tyrant and oppressive. My wife and I have four primary adversaries of Rich Buss,

Lynda Pfundstein, Mike Dilmore and Annette Garrett. Rich Buss and Lynda Pfundstein

are crooked and proven tax frauds with their company of AHB, LLC DBA The

Dakota Apartments that we worked as employees. Both Rich and Lynda lied under oath

regarding the payments of their taxes and other frauds. This is by attempting to make up

stories about us as employees to make sense of their shams. Mike Dilmore and Annette

Garrett have been involved with these individuals in a conspiracy manner as well. We

certainly all know that these Officers enforce an Unconstitutional Florida Statute without

any legal grounds. All of these individuals in conspiracy think they are so much better

than us as citizens just because they have money or badges. This is while they work for

all citizens to protect and serve without biases as paid to do. They have made repeated

attempts of threats and intimidation to silence us on multiple occasions. It will not

happen. Both Mike Dilmore and Annette Garrett made false written statements

in their police reports to secure a false arrest warrant with a rubber stamp. This is upon

the fact that they had absolutely no constitutional grounds or substantial justification for

trampling upon my free speech and free press rights of what I legally had to say.

This is while the enforcement of it was based upon false police reports within itself. I

**12**

personally was not upfront and forthcoming regarding the posting of information. I feel

that I certainly have the right of anonymity for criticizing public officials like Annette

Garrett while posting their public information. Our family was being intimidated and

threatened by Officers Mike Dilmore and Annette Garrett with no legal justification.

Considering that we were dealing with out of control officers, I denied any knowledge of

the facts regarding what I knew to be "constitutionally protected actions" protected under

the First Amendment in the first place. I couldn't believe that our home was raided for

public information with every right to "re-post information" from other public sources.

These individuals conjured false investigations, false arrest, false prosecutions based

upon their non-disclosures and false claims of the facts with their rubber-stamp with the

Attorney's Office. This was while having nothing to prosecute as the case was dismissed

twice with Prejudice. They refiled the case because of their intimidation tactics and

public shamming. This was after wasting countless tax payer's money, time and

resources for revenge and personal vendetta with abuses of power and authority. There

were good reasons for me to deny any knowledge because they were "making up a case"

with petty, vindictive, revengeful, threatening and intimidating actions at our home. It

was ridiculous that these individuals were traveling with more than one officer for a

"non-threatening situation six weeks after the fact" of the public information posting. It

shows how much these officers are actually doing for the public with chasing addresses

from the phone books that anyone can get for free on the internet or pay a small fee.

Plaintiffs further allege that all of the fictitiously named Defendants were jointly

responsible for the actions, events, and circumstances underlying this lawsuit, and that

they proximately caused the damages stated in this Complaint.

### FACTUAL BASIS FOR "UNCONSTITUTIONAL" CLAIMS FOR RELIEF

18. Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

19. On the night of May 12th, 2008, around 11 PM police arrived at the home of Plaintiffs Rob and Stephanie Brayshaw for the arrest of Rob Brayshaw.

20. Rob Brayshaw was at the hospital with his wife at the time for their premature baby. Matthew Brayshaw was born on May 6th, 2008 at three months early on the same day that the false arrest warrant was signed. This was probably because of the unnecessary harassment by police to our family for this case just a few days earlier by a ridiculous investigation of home intrusion in the morning. Rob later reported to the Leon County Jail at 1 AM on May 13th, 2008 while being handcuffed, searched and booked into the jail because of members of Officer Annette Garrett's Elite "Selective Enforcement Unit"---based on a minor misdemeanor charge---for publishing an address of an officer allegedly over one month ago from the arrest date on the internet. The posting revealed a listing regarding "public information" as easily obtained in the public domain for the public interest regarding an "out of control" Officer. Rob Brayshaw checked out of the jail at 3:30 Am which was about two and a half hours later. Our premature baby was in the hospital for nearly three months with daily visits during these ridiculous dead-end proceedings. This is while health care insurance and Medicaid paid about $300,000.00 in hospital and medical expenses that probably could have been

**14**

avoided by unwarranted police actions.  There was no substantial justification for such actions.  We believe that this early birth was much because of wrongful City actions of harassment by overzealous officers.  On May 2nd, We had two officers beating down our front door in the morning because of a "legal address publishing" that happens all the time and everyday on the internet.  These officers can't even protect the streets and now they are "web police" for public information traces.  They need their addresses published so they can find them.  I was the only person arrested and facing trial on this silly charge.

21. Rob Brayshaw was strictly targeted because, Officer Annette Garrett labeled him an "Anti-Police Problem for Written Complaints" by Garrett and her fellow officer of Officer Mike Dilmore who also received complaints of wrongful conduct.

22. When Plaintiff's criticism of these Defendants became too much for "Special Police" to tolerate, Defendants strictly flexed their political muscle with the abuse of power and process for having badges in the form of a conspiracy.  They abused their government authority by attacking the press of punishing free speech, demeaning the role and function of an impartial prosecutor and an independent judiciary, perverting the entire judicial process, and serving an investigation and arrest to citizens who have the right to personally blog about news on-line that neither their identities nor their civil liberties are safe from the reach of vindictive government officials and their confederates.

23. Citizens have a right to anonymously blog on-line on websites in privacy especially based on "public and truthful information" that is legally obtained and shared with the public as a public interest.  Those bloggers place their trust in the websites and their hosts to protect their privacy for speaking the truth as whistle-blowers.  But the

<u>15</u>

Defendants perverted the law by twisting it into a pretzel and abused their public positions to attack these writers and the privacy rights of thousands of citizens that could easily do the same thing.   Another personal opinion of someone's personal writing for being right or wrong is not the same as illegal.   There was certainly no crime committed just because this police officer didn't like the redisclosure of her "personally identifying information" on the internet as had been already.   It is listed upon numerous public records of sources from both the government and private.   These two police officers made their individual police reports much stronger than what they really were for a false arrest.

24. Defendants acts and omissions, individually and in concert, leading up to and culminating in Plaintiff's arrest and jailing, violated Plaintiffs' United States Constitutional and Florida law rights, threatened the privacy and trust of those that blog online, and completely trampled upon two of the most fundamental freedoms of this Country: Free Speech and A Free Press strictly for political and local favoritisms of bias.

**SUMMARY OF FACTS:  CITY'S NEEDS FOR A CIVILIAN REVIEW BOARD**

25. Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

26. Both Officers Annette Garrett and Mike Dilmore are not tolerate of criticism or questioning with the "Blue Wall" supported by their partners in crime.   The few that dare to criticize them become targets for retribution by them and their agents.

27.   The history of this dispute (and Defendants' animosity toward Plaintiffs) began in April 2007 during the false trespassing investigation when Rob Brayshaw didn't like being harassed and was very critical of these police misconduct actions.   Rob

**16**

Brayshaw, thus, became a target for attack by Officer Annette Garrett and her buddies. This was obviously shown in her statements towards the Plaintiffs after meeting. This is when Plaintiffs wanted to disclose such police misconduct for such an abusive officer. Her complaint history was obtained from the police department and many police reports from other citizens were researched regarding her abuse and misconduct with the police department. It seemed very unbecoming of an officer to act this way. Internal Affairs Reports show the typical behavior of this officer while working for the City on tax payer's money is peddling beauty products with Avon and crashing city cars in trashcans. This should not be acceptable with exoneration after exoneration from IA.

28.      Officer Annette Garrett certainly did not like Citizen Investigation "Florida Sunshine Laws" regarding her actions as reported while she was working as a law enforcement officer. She had revenge and a score to settle.

29.      No legal law prohibits the mere publication of any Officer's home address based on public and truthful information. Only a law could be used if, and only if, such publication was malicious enough to "pose an imminent and serious threat" to the Officer or their immediate family. It was "reasonably apparent" to Rob Brayshaw that "making the information available on the web" would never create any "serious and imminent" threat to the safety of any Officer or their immediate family. The information is just so "highly available" and also provided by the government which an address is obviously of public interest. Rob Brayshaw also knew that him and his family were being harassed by this officer on the website before the posting.

30.      So, while there was nothing even arguably wrong with the posting of

<u>17</u>

public and truthful information on the posting on the web, Garrett alleged that Rob

Brayshaw violated the Statute when the posting was copied and pasted from its electronic

form on the internet from other sources provided by her to the public.  You can basically

find a home address for any individual on the government court websites,

whitepages.com or zabasearch.com for both government and private sources in the

"electronic age" for public record and public domain well after the 1972 law was written.

**It's a fact that Honorable Judge Richard Smoak declared the 1972 Florida Statute**

**of 843.17 as Unconstitutional**.  It is no longer a law because it was unconstitutional and

did not apply to my protected actions of free speech and free press. It didn't even possibly

apply to my actions for any investigations, arrest and false prosecutions based upon an

unconstitutional ordinance that was unconstitutional.  These Officers twisted the law to

make it into a pretzel because of the complaints that were made about them for

attempting to silence Free Speech and Free Press regarding unbecoming abuse and

conduct of them as officers for complaints of false reports.

     31.     There was absolutely No Evidence that Officer Annette Garrett was then,

or ever, under any credible threat of "imminent harm", as a result of the publication of

her home address on the Ratemycop.com web site.  But the re-publication of her home

address on the internet provided this Officer a means for false retribution against these

critics.  Her home address is listed on a major number of resources across the internet.

Her claims of making the false arrest are basically because of her retaliatory conduct of

complaints being filed against her for her false claims of retribution for the trespassing

investigation.  The police department has absolutely no room for false arrest and claims

<u>**18**</u>

based upon revenge when the law does not even apply to the actions of complaints.

32.     While Officer Annette Garrett's vengeance toward Rob Brayshaw could no longer be restrained or contained for having a badge, she needed a prosecutorial ally that would help her punish this citizen for daring to scrutinize her police actions and wrongful police misconduct with the questioning of her **undeserved authority**.

33.     Officer Annette Garrett has political Ally.  Using the full force of her— and Dilmore's ally's—government muscle, Garrett recruited the County Prosecutors to initiate the prosecution, persecution, and intimidation of Rob Brayshaw.   This is while using her six-degree black belt muscle of Michael Edward Dilmore to hide behind her badge during the investigation.  She was going to show Rob Brayshaw that she could put him in jail without any credible case – something that doesn't happen in America. Who has ever been put in jail for the mere publishing of an address?  Something that doesn't happen.  People have received citations under different circumstances but not arrest.  These cases researched were dismissed in which the statutes of other states were gone for any similar statutes of charges in other states for civil or criminal.

34.     It was and should have been obvious to both Officers Annette Garrett and Mike Dilmore that there was absolutely "no case" to "investigate" here as there has never been.  Rob Brayshaw had simply reported "truthful, lawfully obtained, publicly available personal information [and this is] precisely the kind of speech the First Amendment protects".  Bartnicki v. Vopper, 532 U.S. 514, 527 (2001).  Officer Annette Garrett's home address along with all other Officers were available on government web sites and "once the government places personal identifying information in the public

**19**

domain, reliance must rest on the judgment of those who decide what to publish or broadcast." The Florida Star v. B.J.F., 491 U.S. 524, 535 (1989). <u>The relevant common case law or common sense is clear that, if the State or individual wishes to claim that the confidentiality of a certain piece of information like an address or phone number is a State interest of the highest order, then the State or individual should not make that information publicly available on websites to be shared with the public for re-publishings.</u> Unfortunately, these two police officers are both incompetent and lazy while the laws have changed over the 38 years since the law was enacted. This is a case that you would call Unlawful Entry for Secrecy of Censorship in Violation of Citizen Rights. These Officers have no legal authority or authorization in any attempt to suppress our constitutionally protected and personal free speech or free press by the First Amendment. This is regardless if they like what is written or spoken about them.

35.     And, even a cursory investigation would have revealed that there were never any death threats but only constitutionally-protected political speech of disliking someone's actions and not wanting to kill them as constitutionally protected free speech. Officer Annette Garrett plain and simple does not belong in the career field as an officer of the law just like Holly Lofland in which citizens need to know her address. She is a very mean and retaliatory officer in nature which is obvious because Rob Brayshaw was put in jail based upon an address publishing from the phone books six weeks later.

36.     In fact, Officer Annette Garrett has continued to this day, to publicize and publish her home address to citizens. For example, she still lives her life like any other person in America that has a home address while giving it to others for receiving mail or

other reasons pertaining to home address and phone number information in the whitepages.

37.     Officer Annette Garrett strictly doesn't like her opposition for Rob Brayshaw and always had a desire to punish him for such complaints. Anyone should have had concerns that there was no evidence of any "imminent and serious threat" to Officer Annette Garrett. Rob Brayshaw had personally helped police stop their criminals and do their job for them even during an ordered citizen arrest by the police (Aug. 2007).

38.     Both Officer Annette Garrett and Officer Mike Dilmore would have conducted a formal evaluation of the case in May 2008 during the arrest. This should have obviously prepared a major summary for the many weaknesses of the case. There was no witness, no seizure of any computer and this is while Officer Annette Garrett herself had been harassing the Brayshaw's on this website herself for complaints that were made about her. Many things about the case were conjured evidence that would never show that Officer Annette Garrett really feared for her safety and that the Officer's personal information was widely available to the public on the internet and in the public records. The arrest didn't occur until six weeks after the alleged conjured crime that wasn't even based upon any threat relation or any clear and present danger. It was strictly retaliation for an address that was published with complaints that were made about these officers. That hardly constitutes as a malicious element or any crime. If this officer truly feared for her and her family's safety, she certainly shouldn't be any Homicide Investigator who isn't at the top of her game for the public listings of phone books. The Publishing Of Any Address is at the Core Of Our First Amendment.

**21**

39.     These Officers should have known that this would be a "high-profile" case, that Officer Annette Garrett was demanding that the cases be charged, and that there would be "problems" with the lack of evidence and police officer fabrications based upon an unconstitutional statute. It was messed up all together by both the City of Tallahassee and the State with these Abusive and Aggressive Police Policies!

40.     Officer Mike Dilmore completely ignored the facts of the case because Rob and Stephanie Brayshaw were now filing complaints against his investigation and now began criticizing Dilmore's own ethical and police report irregularities. Immediately, these Officers put pressure on the State Attorney's Office to prosecute the case against Rob Brayshaw. This was also so they could tell Internal Affairs that Rob Brayshaw was arrested while making complaints to them.  They certainly should have been reluctant to do an arrest; questioning the constitutionality of this "1972" statute at issue and noting the obvious issues that undermined the case, including (inter alia) the lack of evidence of "imminent threat" to Officer Annette Garrett and the concerns with the First Amendment Rights of the Brayshaw's.  The First Amendment Rights certainly outweighed the Privacy and Safety Concerns for Garrett of the Public Domain. Obviously, there were entrapment issues considering that Officer Annette Garrett was harassing the Brayshaw's online in the first place for this website. There was no witness that Rob Brayshaw committed this posting and certainly no computer seized at all with any search and seizure warrant. An IP address certainly does not trace to any personal individual or a computer but just an internet service. It was a very botched investigation with many missteps and overstepping of authority strictly to obtain an arrest for

**22**

harassment with high emotional and monetary expenses to the Defendants. The arrest itself and recharging of the false crime shows the overstepping of authority for this Statute. But these officers really wanted this arrest at great outreaching and overstepping of the tax payers resources. Rob Brayshaw is the only individual to ever be arrested and spend time in jail for this "alleged" crime of merely publishing an address in America. This is especially for this day and age of the internet which didn't exist when the Old Law was written with Flaws in 1972 to even apply to Internet now.

41.     Officer Annette Garrett certainly does not like being told "No" with the law, and she is never one to permit Florida Laws or the United States Constitution to intrude on her personal opinions or duties for vengeance. The law is only what she says it is that is shown time and time again on her case history. So, she used her considerable political power to push for prosecution, despite its obvious lack of merit. This is just like the current lawsuit statements against her by John "Dick" Duffy and his wife Andrea for her investigations having no legal merit that resulted in multiple dismissals against him also by judges in his cases for no crime committed at all.

42.     Unfortunately, these connections to Officer Annette Garrett obviously show passion for political revenge or a fear of Officer Annette Garrett's Political Power; since the Prosecutors went along with the persecution. Even her ex-husband "Tony" works as a Sergeant for the Leon County Sheriff's Office as a spokesman. I have no problem with Tony but it's all who knows who in this City. This would punish Rob Brayshaw for his criticisms and public record investigations of Officer Annette Garrett.

43.     Prosecutors have inherent legal and ethical duties to be independent; the

ones with the State Attorney's Office obviously were not considering the lack of merit and Officer Annette Garrett's personal involvement in the case itself. Many of the prosecutors are young prosecutors within the Willie Meggs State Attorney's Office that lack experience and competence of the actual law. Most of the Leon County Court cases for over 90% are resolved by plea bargains instead of trials. Prosecutors attempt to keep the cases in court for years at a time in order to avoid trials for petty cases which is a robbery to the tax payers for deprivation of honest services. Most defendants are on an assembly line to plea bargains with the public defender's office that are lacking finances and private attorneys. The Public Defender's Office Attorneys have about a case load of about 350 cases each at a time while underpaid, over-worked and lacking the resources. It is a very unfair balance in justice in the government for crooked robbery. This is like arresting a law-abiding citizen for merely an address republished from the phone books. Something people do everyday without two false charges on an Unconstitutional "1972" State Ordinance that should have been abolished before written. As a matter of fact, On March 6th, 2009, Crystal Hall was appointed as the Assistant State Attorney on the case and was now the third prosecutor for handling the case. Not shocking or surprising, on January 19th, 2010, Crystal Hall was revoked in less than a year (10 months) for appointment as the Assistant State Attorney for Willie Meggs. She is no longer working in their office. Prosecutor Hall was only a prosecutor with Willie Meggs for about one month when my false charges were finally dismissed with prejudice within the Leon County Court. It was quit obvious that I was being jerked around by the City with such an inexperienced prosecutor handling false charges.

**24**

The City was strictly jerking me around and attempting to silence my free speech and free press. Even when the case was dismissed, Crystal Hall stated that the police didn't want any more complaints from me which clearly showed that I was being harassed based on the court record for my criticisms. I told her that these are our Public Servants as it seemed like an extortion message towards me from them by her.

44.     Because Rob Brayshaw had published a myriad of complaint letters critical of Officers Annette Garrett and Mike Dilmore, they both should have known the conflicts of interest for the case with their personal involvements. It's quite obvious how these crooks operate together in local government. Internal Affairs Automatically redrew complaints that were filed without any authorization by me to do so. These Officers went straight to their personal attack ally —not an "Independent" prosecutor untainted by benefactors to please and grudges to settle. Interestingly, the "address publishing case" had three judges (Augustus Aikens, Judith Hawkins, James Shelfer) and three prosecutors (James Johnson IV, Brian Chojnowski, Crystal Hall) assigned to the case in about one year. The judges were even changed after the case was dismissed the first time in court from Aikens to Shelfer. There was something going on within the court for that to happen besides the court restructuring process alone. The Prosecutors and Clerk's Office showed much bias in the case by instructions for the court record to only keep in the division of Judge James Shelfer after the dismissal by Judge Augustus Aikens. This was a case of First Amendment Retaliation unwarranted. County Judge James O. Shelfer on the case for the false criminal charges of "publishing of an address" for an unconstitutional law also happened to be law partners for 21 years with Michael

P. Bist between 1980-2001 before becoming County Judge.  James Shelfer is now a

Circuit Court Judge.  He is currently presiding over the lawsuit against Annette Garrett

filed by Citizens John and Andrea Duffy that she has harassed and stalked as well.

Michael P. Bist is the attorney for our crooked ex-boss Rich Buss of the Dakota

Apartments.  At the time of these false criminal charges, we were cooperating with the

IRS because of our boss's fraudulent actions for not paying our employment taxes with

misclassifications to all their employees.  The fact that Judge Shelfer was law partners

with our crooked boss's attorney leads us to believe this is why I was harassed in the

court for so long with false criminal charges as well.  The City consists of this "good ol

boy" network for making up the law as they go along like "Hazzard County".  This is

contrary to the Supreme Law Of The Land that many people need to learn.  We do have a

First Amendment in our Country.  There was much bias in the cases for false criminal

charges specifically regarding an unconstitutional law for a police officer.  State Attorney,

Willie Meggs served with both the Tallahassee Police and the Leon County Sheriff's

Department before being the State Attorney.  Also, he served in law enforcement decades

ago from now during the time of the enactment of the 1972 law that I was wrongfully

charged and harassed with.  This shows much bias, arbitrary and selective prosecution in

the case against me by his office being that the law only pertains to law enforcement and

not the citizens.  He obviously would go along with any case favoring a police officer in

discrimination practices.  Both Mike Dilmore and Annette Garrett often use Georgia

Cappleman as their personal attack alley who is young and naïve.  Georgia always favors

cops like Holly Lofland brought up on criminal charges and dropped for leaving the

**26**

Tallahassee Police Department in relation to the filing of her false police reports.
Several Officers have left the department for criminal or unbecoming of an officer in the
recent years like Holly Lofland, John Newland and Shannen Brown.  Not surprisingly, no
criminal charges were actually prosecuted by the bias in the prosecutors office who
unfairly and mistreat their citizens always in favor of corrupt cops.  There are many great
police officers on patrol but corruption has been running rampant at this department with
investigators running wild on the streets without any supervision by their superiors while
protected by their fellow officers, superiors and prosecutors.  When they look bad, the
department looks bad for cover-ups just like in the Rachel Hoffman Case as example.

     45.     It would seem that there were certainly ties among the three---Officer
Mike Dilmore, Officer Annette Garrett and prosecutors with the State Attorney's Office.
It wove a tangled web of financial, personal and political connivances.  Everyone
involved in the case was government connected including the four public defenders
regarding the connections of being government employees.  The ethical conduct of the
Leon County "Kangaroo Court" certainly needs to be questioned for how things are
currently being handled like a three-ring circus overlooking the United States
Constitution, The Florida Constitution and Freedom Of Information Acts.  There is
obvious bias, prejudice, police misconduct and political favoritisms within the court.
Many legal experts can't believe that anyone would sign off on this false biased warrant
against me for merely publishing a name and address without any real threat at all.

     46.     Officer Annette Garrett and Officer Mike Dilmore pre-existing malignant
mindset against Rob Brayshaw was made clear in police reports that were not based on

<u>27</u>

facts. They were going to overstep their authority for their personal opinions for arrest that was not even based upon an unconstitutional law to be possibly applied.

47. Well before the "investigation" however, Officer Annette Garrett already had the result of her "Independent" investigation in sharp focus with unethical and biased misconducts as what has existed in her prior investigations with the public citizens.

## Another Abusive and Biased Officer Garrett "Unconstitutional" Investigation

48. Officer Annette Garrett took on the role with Officer Mike Dilmore as the lead investigator with Officer Sonya Bush and Officer Scott Angulo. Mike had all the zeal and ruthlessness that Officer Annette Garrett required, expected, and returned in some favor with a "Black Belt" for public information and address re-publishing investigations. Armed with their daunting prosecutorial ally power and the approval and support, Officers Annette Garrett and Mike Dilmore engaged in a series of inappropriate, unethical, and unlawful acts that violated the United States Constitutional and Florida Law Rights of both Rob and Stephanie Brayshaw.

49. Without ever even conducting any "real investigation", Officer Mike Dilmore had already proceeded to fabricate a police report about tracing a computer to only Rob Brayshaw without any search and seizure of a computer. He also had no witness about such publishing. He completely overlooked the fact that Officer Annette Garrett was harassing the Brayshaw's on this website. Anyone can access a "third-party" website or a wireless internet service. It doesn't just trace to an IP address for an internet service for an individual. It was certainly some "Slop Cop" police work to say the least for claiming an internet service was Rob Brayshaw for speculation. I

**28**

personally felt that I had a right to personal anonymity on the internet as well as publishing "public and truthful information" as secured by the First Amendment. Also, I wanted to see how good these cops really were with honesty and integrity along with investigation skills which only proved to be a major disappointment for dishonesty. **I denied knowledge of the posting** because we were being harassed by the police officers at our home that were beating down our door in the morning. The case was completely unconstitutional and had no merit as usual in which I didn't write a police report or take any oath. We were concerned about our safety with these out of control cops based upon our prior knowledge of dealing with Garrett as a Rogue Cop.

50.     On May 6th, 2008, Officer Mike Dilmore authored and approved a false police report, which was used for obtaining a false probable cause warrant for an arrest from Judge Augustus Aikens that had no legal justification to back it up besides harassment to us. This was for the criticisms of both him and Officer Annette Garrett.

51.     The probable cause ignored the obvious fact of numerous websites that list this public information already, including government websites, paper public records at the Leon County Court itself and many other private websites and paper sources.

52.     This false arrest and numerous subpoenas for a year with court hearings was obviously clearly aimed at interfering with and/or destroying the personal lives of Rob and Stephanie Brayshaw with violations of officials - [color of law and conspiracy].

53.     The false arrest and future court hearings against Rob Brayshaw were grossly, shockingly, breathtakingly overbroad for overreaching of government resources paid by the tax payers. It was a dead-end road from the beginning that would never lead

to any conviction because there was no criminal element or criminal intent to be truly malicious and just a public service by a private citizen with no payment for no commercial use. It is impossible to view the arrest as anything other than what it was: an act of vengeance of Officers Annette Garrett and Mike Dilmore for repeated attempts of trying to expose them to the public as corruption in law enforcement.

54.     And it did not stop there. There were obvious crude, ex parte attempts with the prosecutors and/or judges to influence or compromise the case that was presiding to last in court as long as it did. It was all a "good ol' boy network" of government connections throughout about a one year period at the expense of citizens.

55.     It was certainly abusive and intrusive for these prosecutors to subpoena my own wife for the hearing since they never had any witness to my personal involvement while she was obviously protected by "spouse immunity". I was arrested with no evidence to the case at all. It was a patently inappropriate abuse of government power for such a petty and no-nothing matter of an address re-published from the phone books.

56.     The publication of the address and any complaint letters or court filings was a selfless exercise of free press and the freedom to express political speech/protest in opposition to facially improper government oppositions as obviously show in these cases that were completely and facially inapplicable even to the unconstitutional law.

57.     The concerns of Rob and Stephanie Brayshaw have certainly been justified. This false arrest with two false criminal charges was obviously unreasonable, facially unconstitutional affronts to freedom of speech and freedom of the press, and improper under both the Florida Law and the United States Constitution. Something

**30**

that only happens in the State of Florida in and for Leon County Kangaroo Court.

58.     For example, Judge Judith Hawkins completely overlooked and ignored the "Motion To Dismiss" from my Public Defender Shannon Deheney based on the unconstitutional prosecution of the case. The judge would not accept the Motion without my admittance of guilt and I certainly never felt that I was guilty of anything nor did I need to give any guilty plea for verdict for any "Motion To Dismiss".

59.     The judges probably knew that the case was baseless and nothing more than an empty prop to Officer Annette Garrett and the "investigation". If the case was actually taken to trial instead of dismissed, Garrett was going to be confronted as a witness to involvement by Rob Brayshaw. Judge Judith Hawkins herself seemed like part of a play act that asked my Second Public Defender John Kelly where could I have received such information of an address of a judicial member?" It should have been quite obvious that it was from internet records from the judges government court website or private internet phone books. Officer Annette Garrett offered all of her own public information to the public for hosting her personal websites which makes the case the most ridiculous for her even being involved in the case. It should not have taken three judges, three prosecutors and four public defenders during a one year period for two dismissals by two separate judges all at paid expenses by our tax payers. These police officers have really been making some major accomplishments within this City.

60.     The Florida Statute of 843.17 is a misdemeanor charge. The statute was designed in 1972 primarily to "protect" police officers from harm; an obstruction of justice or interference of an investigation based on a true malicious threat. It was not

<u>31</u>

designed to legally insulate, from public disclosure by citizens, the unethical and unlawful behavior of a police officer who is misusing their authority to attack the citizens, their right to privacy, and Constitutional Freedoms.  And it was certainly not legally designed to shield a detective with a "blue wall of corruption" from conducting an unconstitutional investigation based on the law without the true facts of the case. Officer Mike Dilmore's probable cause warrant was not a probable cause at all; it was issued improperly and not based on the true facts with omissions and fabrications.  It would be illegal to do so based on the working of "color of law" with police misconduct.  There is certainly no obstruction of justice based on information posted on a "third-party" website in which the officers have the right to not visit the website in the first place in which Garrett admitted to have been monitoring in her police reports.

61.     Nevertheless, and realizing the risks, the Officers still proceeded in the case for a false arrest warrant based on a false probable cause that didn't even show any real malicious intent.  Rob Brayshaw certainly questioned the motives and actions of these Officers involved in pursuing its harassing investigation of the Brayshaw's.  There were many concerns regarding the obvious lack of merit to the claims, and the impact on Plaintiffs' Constitutional and Florida law rights during nearly an entire one year period.  The Unconstitutional Law still required much more of a higher-burden than just the "publishing of an address" for public information of public record highly exposed.

**The Conspiracy Culminated:   Unconstitutional Late-Night Raid and Arrest**
**By Annette Garrett's "Selective Special Police" (Attempt to Avoid A Lawsuit)**

62.  The requested arrest warrant was an obvious attempt to use prosecutorial

power to target and ruin the business and personal lives of Rob and Stephanie Brayshaw, citizens that had strictly been labeled "Anti-Police" for writing complaint letters critical of the police department actions of Officers Annette Garrett and Mike Dilmore.

63. The Ire of these public officials had feelings and egos that were too wounded by these "misbehaving" citizens for writing complaints, they could not wait for the arrest to occur while playing Gods. Both of these police officers are extremely self-absorbed, intolerant of others' perspectives, insensitive to others' needs and indifferent to the effect of their own egocentric and hypocritical behavior while they suffer Malignant Narcissism Disorders as easily determined by their web-pages, blogs and displayed web information. These incompetents were chasing an address publishing out of the phone book or Leon County Website for a publishing that didn't exist when the law was even written in 1972. There is certainly no crime committed for writing complaint letters, sending greeting cards or publishing public information. Criminalizing such violates our First Amendment in which these incompetent officers don't know the law or civil rights of our American citizens. It's all about them to them "Blue Wall" while the citizens are paying them!

64. On May 12th, 2008, at about 11 Pm, Defendants dispatched the Tallahassee Police Officers "Selective Enforcement Unit" to arrest Rob Brayshaw and take him to jail without any tolerance for Constitutionally protected rights of our citizens in a Fit of Rage.

65. There was no probable cause for the arrest at all and, certainly, no legal justification for it based upon "public and truthful information" allegedly re-published that can be obtained from both the government and private sources of internet websites.

66. Misdemeanor violations that do not threaten lives are usually handled by the

**33**

issuance of citations, not by commando raids, arrests, handcuffs, and dirty jail cells in the dead of night. In fact, we don't know any individuals that have actually been to jail in America for the publishing of an address!? Obviously, we still live in Florida last time we checked and it isn't Iran, Burma or Afganistan. Rob Brayshaw certainly would have had more rights on the internet postings in those countries or overseas than even in Florida considering the case for the lack of jurisdiction of the law; not applying to other states or countries on the internet. The case was even filed as a <u>Felony Crime</u> when it was always a <u>Misdemeanor case as written for the law</u> that didn't change over night just for Rob Brayshaw. There was much more than mistake after mistake because it was criminal abuse after abuse by the police. It was the criminal system but certainly not the criminal "justice" system because there was no justice. The justice of Free Speech didn't exist because the case existed. $1,000 was a very High Bail for a "Free Advertising of an Address Publishing" as a Public Service exposing a dirty cop's location with her corruption as a citizen. Responsible prosecutors and judges should have known that these circumstances would never---never---justify such conduct. Yet, that is exactly how Defendants chose to proceed. They threw their free speech opposition into jail in an extremely poor attempt to silence Plantiff's Criticism of their abusive police and public practices, criticism that is both fundamental to, and fundamentally protected by, the Constitution. I am standing up for my rights and now writing a major lawsuit. The story has always been about one family's struggle for "free speech and free press" regarding an oppressive and abusive homicide investigator that investigates petty and no-nothing crimes. However, this lawsuit is now published "Free Press" if people are reading it

<u>34</u>

without any publishing concerns for any non-disclosure laws that violate the First

Amendment! This is an Officer that has a long history in law enforcement of 22 years

(Prior Paramedic in 1988 LICENSE NUMBER: **EMT53564**) that is highly supported and

connected by a local tyrant and totalitarian oppressive government regime as a police

state in Florida. This is with Tallahassee's own selective law against citizens for an

address publishing out of the phone books strictly for suppression of the minority

opinion. This "selective law" criminalized any publication of public information in any

form for an address of only a police officer. The language was remarkably vague and

sweeping to cover everything. The use of words like "hinder" and "interrupt" are highly

questionable in such a law limiting free speech. Finally, since this is public information,

it was completely unclear how it can be criminalized from being shared with other

members of the public for exposing corruption of a bad police officer that could live in

your neighborhood as a citizen. There were serious constitutional violations for the case.

    67. The Cases received public outcry after the arrest was released in the

Tallahassee Democrat and other news sources. The situation highly concerned and

troubled many "Free Speech Advocates" because such public information criminalized by

the Florida Statute would violate the higher law of the First Amendment regardless of the

Florida Statute of 843.17. Citizens have their Names and Addresses published as jury

members on a jury against a criminal defendant in Florida. Rob Brayshaw was given a

list of these members on his jury selection for this "alleged" crime. The police stated that

the law is to protect them and their families from criminals seeking revenge. This is

while they continue to publish every name and address for every citizen on a jury, john

offender, sex offender and drug offender.  What about protecting these families as well and applying the same logic?  It was strictly selective propagandas instead of the actual facts for the cases of being no possible threat to any police officer at all for Public 411.

## CITIZEN WATCHDOGS: THE OPEN GOVERNMENT WITH FOI FOR EXPOSING THE "BLUE WALL" OF POLICE CORRUPTIONS

68.    These ethically corrupt and dangerous actions for which Officers Annette Garrett and Mike Dilmore have been involved were not a bolt from the blue.  They were the perfectly foreseeable consequence of Garrett's vengeance towards Rob Brayshaw and his family with glaring conflicts of interest for the case.  What these Officers did not foresee when they secured this false arrest was that Rob Brayshaw would courageously resist these dirty police tactics, the public and the press would become outraged with this blatant assault on a free press.  The ACLU would even be reviewing the case for the constitutional challenge for a statute that violated the higher law of the First Amendment.

69. The investigation, pursuit and arrest of Rob Brayshaw was unjustified and unwarranted.  It was the product of conspiracy among the Defendants.  In all reality, these individuals had no certain case against just Rob Brayshaw considering anyone else could have made the posting as a family member or other individual from a wireless internet service including Annette Garrett herself.  The Ratemycop.com records were received to me from the prosecutor's file.  The IP addresses subpoenaed were only our family internet service.  Different individuals, different locations, different computers submitted different types of postings for the blog.  It was impossible that just one IP address for an internet service would possibly exist for all the postings to our family internet service because it

didn't.  <u>Officer Annette Garrett herself listed some entries prior to the false arrest and</u>

<u>charges giving herself "5 star reviews" with insults towards my wife and I for making</u>

<u>negative postings about her.</u>  <u>Of course, Garrett's records were not subpoenaed by them.</u>

70. All of the Defendants are responsible for violating Plaintiffs' rights in which

they should have been protecting and serving his family with him from the government

itself.  This includes even from "out of control" officers that waste our City's resources.

71. Officer Annette Garrett is the officer that obviously persistently pushed and

pulled strings for this political persecution of a citizen that criticized her too often and

was asking too many questions about her police misconduct.  After all, she was once the

TPD spokesperson as the spin doctor for the City.  She pressured attorneys to pursue the

matter even after dismissal at "Nolle Pros", despite obvious problems with the case and

concerns about the legality of the investigation or criminal charge.  She certainly had joint

connections for this personal revenge and retaliation for the investigation, late night arrest

and jailing, numerous dead-end proceedings, subpoena to wife, etc. for about one year.

Three Officers showed up at my trial day for intimidation on December 9th, 2008 (Officer

Annette Garrett, Mike Dilmore and Scott Angulo) while they should have been out

protecting our citizens and the streets.  They all came to court with nothing to prove at all

except a stack of complaint letters written for them doing a sorry job and acting like

clowns in the conduct of their duties.  It was a poor stretch to try and display a case for

republishing an address as obtained and shared from public records and internet listings.

72. This whole ordeal and situation was an attempt to punish and financially ruin

a family of Tallahassee citizens that was often too critical of her as an Officer paid by tax

<u>37</u>

payer's income. There was much connection to the late night arrest and jailing and/or order that the arrest occur. She personally targeted these citizens as had occurred prior and attempted to create their lives in ruins. She knew that the defense for a "posting of an address" would be very costly in attorney fees to the family in which <u>all other states of 49 of them</u> don't even have any such poorly written law. The public defender's costs in the defense of Rob Brayshaw with four different attorneys assigned on the case by the government to him cost thousands and thousands of dollars in billable hours. The tax payer's paid a fortune in these cases because of a "legal address publishing" protected by the First Amendment. The case shows Garrett's lack of "common sense" and bad character in which we have always been trying to expose in the first place. This is for being an unwanted officer employed by the City and partially paid by us on our dime with nothing but waste of resources for a miscarriage of justices based on her dishonesty.

73. The State Attorney's Office was actively prosecuting me, in a highly questionable case, under a facially inapplicable statute, with no reasonable likelihood of a conviction—a case that they knew that was contaminated by false fabrications of the facts and omissions. It was a conflict of interest for both Officer Mike Dilmore and Officer Annette Garrett. She had administrative oversight of the case as falsely claimed as the "victim", yet failed to properly supervise Officer Mike Dilmore, failed to ensure that he was properly trained and capable of handling a criminal investigation, and failed to provide him with training and supervision as a supervisor with the police department necessary to ensure that the criminal investigation was conducted constitutionally and in conformance with the Florida and Federal Law. Not to mention, criminal defendants on

<u>38</u>

trial receive a "Name And Address List" of Jury Members to decide their case. Also, Citizens that make citizens arrests have their addresses published on public record in police reports against criminals. The Florida Sunshine Laws have existed since 1975 and also the Internet "Electronic Freedom Of Information Act" of 1996 (Signed By Bill Clinton) which were both long after this 1972 law was written. This changes everything to be ignored since the year 1972 when the law was enacted in violation of Florida Sunshine Laws when the internet didn't even exist.

74. It was beneficial to both officers for the revenge factor to completely ignore the facts with fabrications and omissions by them in their police reports. They cared more about the arrest than abiding by the laws to make such an arrest. This is also with no witness and no search and seizure of any computer to trace any individual. There was certainly the underlying fact that Officer Annette Garrett was herself harassing the Brayshaw Family on the website in which I was only arrested because I disagree with her actions. She used her dirty tactics for connections of entrapment for provoking people in which they wanted to be left alone for free press of complaining.

75. Thus, all the Defendants share responsibility for the violations of both Florida and Federal Law in this case, and for the assault on the constitutional rights of Plaintiffs and on the rights of the users that use the websites and the internet.

**Tyrant and Oppressive: Defendants' Pattern and Practices of Misusing Their Unconstitutional Power of Authority to Punish and Suppress Political Oppositions**

76. This is obviously not the first time these Defendants have abused their authority to obtain financial, political or other benefits and retaliate against their political

opponents. In fact, they have a custom, pattern, and practice of doing so with other officers of the "Blue Wall" of Corruption that don't share their personal views.

77. These and other incidents (among others and without limitation) show that Defendants' actions against Rob Brayshaw in this case were more than the aberrational consequence of simple neglect; they were the product of a long-standing pattern and practice of the abuse of power against dissenting voices—of intentional, punitive, and retaliatory conduct against Rob Brayshaw and his family, for their own benefit and gain for protecting their careers because of wrongful actions for silencing.

## COUNT I

### (Negligence – All Defendants)

78. Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

79. Defendants have statutory and common law duties of care to Plaintiffs and all citizens, including those citizens that post personal and negative blogs or complaints about them, when performing the functions of their positions. Defendants also owe a duty of care to Plaintiffs with respect to conducting constitutional criminal investigations.

80. Defendants are also legally responsible for the management of the criminals investigation system in Leon County, and the establishment and implementation of policies, procedures, and protocols that govern the investigation, processing, handling, and management of criminal investigations and prosecutions under their control. Their responsibilities include making certain that such policies, procedures, and protocols satisfy all federal and state standards.

**40**

81. Defendants Garrett, Dilmore, and/or The City Of Tallahassee are legally responsible for the screening, hiring, training, retaining, and supervision of all employees and agents who have responsibility for the investigation, processing, handling, and management of criminal investigations and prosecutions within and under the scope of their control.  This responsibility includes making certain that such screening, hiring, training, retaining, and supervision of such employees and agents satisfy all state and federal standards.

82. Defendants' breached their public servant duties owned to Plaintiffs, as alleged in this Complaint, by (inter alia) failing to conduct the duties of their positions with reasonable care; failing to establish and implement proper policies, procedures and protocols governing the investigation, processing, handling, and management of criminal investigations and prosecutions in their control; and failing to properly screen, hire, train, retain, follow, and supervise employees and agents who have responsibility for the investigation, processing, handling, and management of criminal investigations and prosecutions in their control.

83. Defendants' breaches of their duties owed to Plaintiffs caused Plaintiffs to suffer harm in an amount to be proven at trial.

### COUNT II

**(Gross-Negligence—All Defendants)**

84. Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

85. Defendants have statutory and common law duties of care to Plaintiffs and all

41

Citizens when performing the functions of their positions.  Defendants also owe a duty of care to Plaintiffs with respect to conducting constitutional criminal investigations.

86. Defendants are also legally responsible for the management of the criminal investigation system in Leon County, and the establishment and implementation of policies, procedures, and protocols that govern the investigation, processing, handling, and management of criminal investigations and prosecutions in their control.  Their responsibilities include making certain that policies, procedures, and protocols satisfy all federal and state standards.

87. Defendants Garrett, Dilmore, and/or The City Of Tallahassee is legally responsible for the screening, hiring, training, retaining, and supervision of all employees and agents who have responsibility for the investigation, processing, handling, and management of criminal investigations and prosecutions in their control.  This responsibility includes making certain that such screening, hiring, training, retaining, and supervision of such employees and agents satisfy all federal and state standards.

88. Defendants were grossly negligent in breaching their duties owed to Plaintiffs, as alleged in this Complaint, by (inter alia), failing to conduct the duties of their positions with reasonable care; failing to establish and implement proper policies, procedures, and protocols governing the investigation, processing, handling, and management of criminal investigations and prosecutions in their control; and failing to properly screen, hire, train, retain, and supervise employees and agents who have responsibility for the investigation, processing, handling, and management of criminal

<u>42</u>

investigations and prosecutions in their control.

89. Defendants breached their duties with actual or constructive knowledge that their acts and/or omissions in their false police reports would result in harm to Plaintiffs.

90. Defendants' gross negligence caused Plaintiffs to suffer harm in an amount to be proven at trial.

## COUNT III

### (Violations of 42 U.S.C. § 1983: Unconstitutional Policies, Customs, and Failure to Train--- Annette Garrett, Michael Dilmore, and/or The City Of Tallahassee)

91. Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

92. The City Of Tallahassee is a policy maker for the TPD as an entity.  The City has the authority and responsibility to establish policy for the TPD Officers, and to properly supervise and train the officers, agents, and employees of the TPD.  Their actions are the actions of the TPD.

93. Both Officer Annette Garrett and Mike Dilmore have the authority and responsibility to follow policy for the TPD, and to properly supervise and train the officers, agents, and employees of the TPD.  Both of their actions are the actions of the The City Of Tallahassee DBA The Tallahassee Police Department.

94. Both Officers Annette Garrett and Mike Dilmore were acting under color of law with conspiracy at all times material hereto.

95. Officers Annette Garrett and Mike Dilmore are each named in their official capacity, as well as their individual capacity, pursuant to Federal and Florida Laws for

Supervisory and direct liability, for their wrongful and illegal conduct as alleged herein.

96. Officer Annette Garrett, Officer Mike Dilmore, and/or the City of Tallahassee and The Tallahassee Police Department has oversight and supervisory responsibility over their jails and the investigation, processing, handling, and management of criminal investigations and prosecutions in their control, and the proper screening, hiring, training, retraining, and supervision of the officers, employees, agents investigating, processing, handling, and managing such criminal investigations and prosecutions.

97. Officers Annette Garrett and Mike Dilmore, and/or officials with the City were deliberately and callously indifferent to Plaintiffs while in their training (or failing to train) their officers, agents, and employees in, among other things and without limitation, the appropriate, lawful and constitutional policies, procedures, and protocols for investigating, processing, handling, and managing of criminal investigations and prosecutions in their control.

98. Officers Annette Garrett and Mike Dilmore, and/or officials with the City knew and/or should have known that unconstitutional policies, practices, customs, and bad training existed, yet failed to properly address them and/or failed to establish and implement appropriate policies, procedures, protocols, and training governing the investigation, processing, handling, and management of criminal investigations and prosecutions in their control.

99. Officers Annette Garrett and Mike Dilmore, and/or officials with the City knew and should have known that unconstitutional policies, practices, customs, and training existed with respect to the screening, hiring, training, retraining, and supervision

officers, employees, and agents who have responsibility for the investigation, processing, handling, and management of criminal investigations and prosecutions in their control, yet failed to properly address them and/or failed to establish and implement appropriate policies, procedures, protocols, and training to remedy them.

100.   Officers Annette Garrett and Mike Dilmore, and/or officials with the City permitted the implementation of inappropriate, unconstitutional, de facto policies which: authorized, approved, condoned, and/or ratified unconstitutional criminal investigations and prosecution practices, and failed to adequately train and supervise their personnel in this and other areas.

101.   This deliberate, reckless and callously indifferent failure to train in these (and others without limitation) areas, and the condoning of such policies or customs as described herein, caused, substantially contributed to, and/or was the moving force behind the violations of Plaintiffs' Constitutional and Civil Rights.

102.   The wrongful conduct of Defendants alleged herein constitutes violations of 42 U.S.C. § 1983, in that with deliberate and callous indifference, Defendants deprived Plaintiffs of the rights, privileges, and immunities secured to them by the Constitution and laws of the United States.

103.   The wrongful conduct of Defendants' alleged herein constitutes violations of the United States Constitution, Article IV, § 2, in that Plaintiffs were denied privileges and immunities granted to all citizens of the United States.

104.   The wrongful conduct of Defendants alleged herein constitutes violations of the United States Constitution, Amendment I, in that Plaintiffs were deprived of their

**45**

constitutional right to free speech and free press.

105.   The wrongful conduct of Defendants alleged herein constitutes violations of the United States Constitution, Amendment IV, in that Plaintiff was subjected to false imprisonment and arrest, malicious prosecutions, and retaliatory conducts from law enforcement officers, and was arrested and jailed without proper cause and in an attempt to chill Plaintiffs' free speech and criticism of public officials and intrude upon the privacy rights of all citizens who blog on the internet or Ratemycop.com websites.

106.   The acts and omissions of Officers Annette Garrett and Mike Dilmore, acting in their individual capacities, were malicious or reckless in disregard of the rights of the Plaintiffs.

107.   Punitive damages in an amount to be determined by a jury should be awarded against Defendants to punish them for wrongdoing and prevent them and others from acting in a similar manner in the future.

### COUNT IV

**(Violations of 42 U.S.C. § 1983: Free Speech and Free Press, Law Enforcement Retaliatory Conduct, False Arrest and Imprisonment, Malicious Prosecutions, and Abuse Of Process; <u>Not A Matter of National Security</u>--- All Defendants)**

108.   Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

109.   At all times material hereto, Defendants Annette Garrett and Mike Dilmore and/or officials with the City Of Tallahassee were acting under color of law.

110.   The wrongful conduct of these Defendants alleged herein constitutes

<u>46</u>

violations of 42 U.S.C. § 1983, in that with deliberate and callous indifference, they deprived Plaintiffs of the rights, privileges, and immunities secured to them by the Constitution and laws of the United States.

111.   The wrongful conduct of these Defendants alleged herein constitutes violations of the United States Constitution, Art. IV, § 2, in that Plaintiffs were denied privileges and immunities granted to all citizens of the United States.

112.   The wrongful conduct of these Defendants alleged herein was undertaken with malice, in an attempt to deter conduct protected by the Constitution, and/or in order to silence and chill speech and invade the privacy of Plaintiffs and their readers, and, therefore, constitutes violations of the United States Constitution, Amendment I, in that Plaintiffs were deprived privileges and immunities guaranteed to all citizens of the United States. Plaintiffs were both criminally investigated with Rob Brayshaw being criminally prosecuted twice, arrested, jailed and/or persecuted by Defendants for exercising their rights to free speech and free press. They had no actual evidences of any existing crime.

113.   The wrongful conduct of these Defendants alleged herein was undertaken with malice and/or in an attempt to deter conduct protected by the Constitution and, therefore, constitutes violations of the United States Constitution; Amendments I, IV, and/or XIV, in those Plaintiffs were deprived of privileges and immunities guaranteed to all citizens of the United States. Plaintiff was subjected to false imprisonment and arrest, malicious prosecutions, and/or retaliatory conduct from law enforcement for exercising a right to free speech and free press. Plaintiffs were both investigated with Rob Brayshaw prosecuted, arrested, and/or jailed without any proper or probable cause for a fabrication

**47**

and admittance of facts for an unconstitutional statute already declared unconstitutional.

114.    The wrongful conduct of these Defendants alleged herein was undertaken with malice and/or in an attempt to deter conduct protected by the Constitution and, therefore, constitutes violations of the United States Constitution, in that Plaintiffs were deprived of privileges and immunities guaranteed to all citizens of the United States. Plaintiffs were subjected to Defendants' abuse of process in a particularly egregious, conscience-shocking manner.

115.    The acts and omissions of these Defendants, acting in their individual capacities and under color of law, were malicious, punitive, in reckless disregard of Plaintiffs' rights and the rights of all those private citizens who write blogs of criticisms. It intrudes upon the privacy rights of all private citizens that blog on a website for public and truthful information without any interest of the highest order. This was in an effort to intentionally deter lawful conduct that was protected by the US Constitution unlawfully.

116.    As a result, punitive damages in an amount to be determined by a jury should be awarded against Defendants to punish them for wrongdoing and to prevent them and others from acting in a similar manner in the future.

## COUNT V

### (Conspiracy to Commit Violations of 42 U.S.C. § 1983—All Defendants)

117.    Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

118.    The wrongful conduct of Defendants as alleged herein were undertaken pursuant to an agreement or meeting of the minds among Defendants to act in concert to

violate Plaintiffs' constitutional rights, silence Plaintiffs' criticism of them, chill free speech, invade the privacy of those private citizens who write blogs on the Ratemycop.com website, and interfere with and financially try to ruin the business and personal lives of the Plaintiffs.

119.    Defendants acts and/or omissions as alleged herein to pursue and conduct a criminal investigation and selective prosecution of only Rob Brayshaw, including (without limitation) the arrest and jailing, were undertaken pursuant to a conspiracy among Defendants to violate Plaintiffs constitutional rights.

120.    As a direct and proximate cause of Defendants' conspiracy, Plaintiff's constitutional rights were violated.

121.    The acts and omissions of Officer Annette Garrett and Officer Mike Dilmore and/or City Officials involved in the case in furtherance of their conspiracy, acting in their individual capacities and under color of law, were malicious and/or in reckless disregard of Plaintiffs' rights and the rights of private citizens and intruded upon the privacy rights of all citizens who use the internet for political speech that is constitutionally protected for a matter of their personal opinions regarding officials.

122.    As a result, punitive damages in an amount to be determined by a jury should be awarded against Defendants to punish them for wrongdoing and to prevent them and others from acting in a similar manner in the future.

## COUNT VI

**(Violations of Florida Law: False Arrest and Imprisonment, Malicious And Unconstitutional Prosecutions, and Abuses Of Process—All Defendants)**

<u>49</u>

123.    Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

124.    The wrongful conduct of these Defendants alleged herein constitutes violations of Florida law, in that Defendants unlawfully detained Plaintiff without consent, without lawful authority, without valid legal process, and without a probable or proper cause; unlawfully and maliciously initiated criminal proceedings against Plaintiffs without probable cause that terminated in Plaintiffs' favor and harmed Plaintiffs; and willfully used the judicial process and/or criminal proceedings against Plaintiffs for a punitive, improper, and ulterior purpose not proper in the regular conduct of such process and proceedings under any Constitutional and legally justified purposes.

125.    As a direct and proximate result of Defendants' acts and omissions alleged herein, Plaintiffs have been damaged in an amount to be proven at trial.

126.    Defendants' acts and omissions herein were undertaken with malice, in bad faith, and with the requisite evil mind sufficient to warrant the imposition of punitive damage to deter conduct and that of others in the future.  They should be held responsible for the expungement and costs of the false arrest with two false criminal charges filed for acts and omissions by the officers committed themselves by the publishing's on blogs.

### COUNT VII

**(Racketeering Violations under 18 U.S.C. §§ 1961, et. seq. – All Defendants)**

128.  Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.  As set forth in detail in this Complaint, Defendants have engaged in a pattern of unlawful activity in order to obtain

financial, political, and/or other gains that have resulted in harm and injury to Plaintiffs.

130.   Such a pattern of unlawful activity includes, but is not limited to, a series of repeated malicious prosecutions and abuses of process, false imprisonments and arrests, asserting false claims, fraudulent schemes, practices, and artifices, and extortions under color of official rights, which have occurred over at least the last several years, are ongoing, and will likely continue in the future unless put to an end for all citizens.

131.   Defendants undertook such unlawful activity as an association-in-fact and/or an enterprise with a common purpose.  Each of the Defendants conducted or participated, directly and/or indirectly, in the conduct of the association-in-fact and/or enterprise.

132.   As a direct and proximate result of Defendants' pattern of unlawful activity and Robbery of Citizen Monies as alleged herein, Plaintiffs have been injured and sustained monetary damages in an amount to be proven at trial.

133.   Defendants' acts and omissions as alleged herein constitute violations of 18 U.S.C. §§ 1861, et. seq.

134.   Pursuant to 18 U.S.C. § 1964(c), Plaintiffs are entitled to an award of treble damages.

135.   Pursuant to 18 U.S.C. § 1964(c), Plaintiffs are entitled to an award of their reasonable attorney's fees and costs.

## COUNT VIII

### (MALICIOUS PROSECUTIONS – PLAINTIFF ROB BRAYSHAW ONLY)

136.   Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

137.    This is an action against only Defendant Officer Annette Garrett for

Malicious prosecutions.  Defendant Annette Garrett caused the commencement or

continuation of a criminal investigation proceeding against Plaintiff Rob Brayshaw; the

criminal proceeding had a bona fide termination in Plaintiff Rob Brayshaw's favor by the

prosecutor because of the Florida Law 83.53.  There was certainly a determination that

there was no evidence to support the false allegations with false witness statements; and

there was no probable cause for causing the commencement of any criminal proceedings.

The Tallahassee Police Department was originally called to the Dakota Property at 4 Am

because of criminal actions of these residents and their party guests in the first place

against a tow truck driver that called the property management and the police.  Both Rob

and Stephanie Brayshaw were obviously asleep at home in bed at this time before the

false police reports were made up against the management because of the tow truck

driver calling the police at 4 Am.  Annette Garrett or sources close to her have posted

these false police reports on-line in false claims of the facts.  They were never prosecuted

because there was no crime.  There was no arrest, trial, judge or jury.  Her claims of my

trespassing as the property manager and impersonation of a police officer are completely

false and incorrect because of complaints made to her and about her.  End of Story.  It's

quite silly that she would post her police reports on-line that were never prosecuted with

false commentaries when the entire situation is about her false claims in the first place.

138.    Defendant Garrett has acted outside the course and scope of her

employment with the City of Tallahassee just like Mike Nifong as the Duke Prosecutor.

She attempted to get Rob Brayshaw fired from his job with his employer as a property

**52**

manager just for doing his job. This is while having a family to raise with a wife that was working and pregnant. Officer Annette Garrett was very biased because a parent of a resident were upset upon moving into the apartment. The resident was upset with us as managers since moving in the building. This was due to bad carpet because of cheap and shrewd business owners that own the Dakota Apartments. The financing of repairs and remodeling the building were obviously beyond our control as non-owners. We strictly ran the building according to the owner's rules and regulations to hold jobs. This officer also wrote her police reports like she was writing my life story which was much outside the scope of the trespassing investigation itself. Much of it sounded like a sloppy job resume for me that was poorly written as a matter of public record. Much of it was lies and cover-up for the actual facts of the matter because I wasn't happy with the false investigation. At no time did I ever state that I was ever any "sworn law enforcement officer" in which making the statement is ridiculous as she stated. However, I have worked in law enforcement while not being sworn with the same job duties as she has done for doing investigations of "Real Criminals" and making arrests. These overstepping of authority types of actions for attempting to get me fired from my job with an employer have been shown time and time again. This is with citizen complaints and other lawsuits to her. She acted with malice and Rob Brayshaw and his wife suffered damages because of such unreasonable and unacceptable actions. Such actions, intruded upon the personal life and work of Rob Brayshaw during a two month period of April and May of 2007. This is while she was paid for her City job and selling Avon products without any effect to personal costs to her. She's been popular

**53**

on the web for sales of items on websites like Avon, panhandling the public and
fundraising. This is while the public pays her to be a public servant as a law enforcement
officer in which she has done these jobs during her duty to the public. This is while
property managers are protected by the Florida Law of 83.53 from any trespassing charge
or investigation according to Florida Law. The law should have been protecting Rob and
Stephanie Brayshaw as citizens from such intrusive government interference by Officer
Annette Garrett. This is while there was no charge, no arrest and no conviction for any
crime. However, this Officer wanted to act like the authority figure of judge and jury
even after the investigation concluded. She was very rude, abusive and unprofessional.
This is while stating that "You're Guilty and You can take it as a Gift!" Just meeting this
Officer was far from being a gift because she didn't do her job at all. She probably spent
two months out at the Dakota Property during the investigation selling Avon products to
the "alleged" victims with catalogs for a false claim of trespassing to the property
manager. There was much bias and prejudice during the case proceedings of
investigation which was always a dead-end road at the waste of tax payers. Any case that
involved Rob or Stephanie Brayshaw certainly involved no crime. It was strictly a major
waste of tax payer's money because of a police officer that avoids the Real work. There's
no way that this Officer would ever investigate anyone for two months just for petty
Trespassing especially if they had money, attorney or political connections in the City.
We were just running a small property as husband and wife while she was just abusing
such opportunity for being very overbearing and unreasonable to deal with. This is an
Officer that has obviously had the badge go to her overly inflated head like H. Lofland.

<u>54</u>

139.     As a direct and proximate result of the actions taken by Defendant Garrett, Plaintiff has suffered injury, including but not limited to past and future wage losses, loss of benefits with time lost, and other tangible and intangible damages.  These damages have occurred in the past, are occurring at present and will occur in the future.

## COUNT VIV

### (DEFAMATION, LIBEL, SLANDER, HARRASSMENT – BOTH PLANTIFFS)

140.     Plaintiffs reallege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

141.     This is an action against Defendants for defamation, libel, slander and/or harassments

142.     Said Defendant Officer Annette Garrett and Officer Mike Dilmore agreed to commit unlawful acts and acted collectively in doing so, to wit:  the making of false statements in complaints and reporting to the law enforcement agency, and/or attempts at judicial proceedings, for the sole purpose of harassing Plaintiffs and for the purpose of causing the entry of various judicial orders against Plaintiffs based on false informations and for which there was no legal basis based on the law of 83.53 pertaining to property managers, including false statements to effectuate an arrest warrant against Plaintiff Rob Brayshaw for the posting of an address on the internet.  These acts constituted harassment, defamation, libel and slander.  These officers even spent much time talking to our prior employers passed onto us as harassments in which no crime was ever committed by either of us.  Many people in the City are oblivious to the "Supreme Law"

that allows the publishing of an address for public information. This also includes a property manager that isn't trespassing but working on his property as allowed by law. These are just a few of the typical Mayberry and Dukes Of Hazzard type investigations in Tallahassee that can take months to investigate or years to defend in court for dumb laws.

143.     As a direct and proximate result of the actions taken by Officer Annette Garrett, Plaintiffs Rob and Stephanie Brayshaw have suffered injury, including but not limited to past and future wage losses of commissions, loss of benefits, and other tangible and intangible damages. These damages have occurred in the past, are occurring at the present and will occur in the future. Based on the false charges and false arrest, it has contributed to much negative publicity due to the officer's lack of admittance and omittance of the actual facts of the case for their personal involvements. This includes that no crime was ever committed by the Plaintiff based upon the Supreme Law. However, no crime was even committed based upon the facts required for the Unlawful Statute as well. Officers Annette Garrett and Mike Dilmore wanted to exploit the false arrest to the Tallahassee Democrat and to the ABC News Station with the police department. This was a blatant attempt for attack on Rob Brayshaw and to suppress free speech and free press to the public as citizens for the dangers of what can happen to citizens for writing complaints about unlawful officers. It was just another "slop cop" arrest of many that have been made to install fear within the public citizenry and help support these lazy individuals that want to keep their jobs as an explanation for their unearned paychecks. The police get away with many unlawful things that should not ever stand because of the lack of backbone for some people in the City by both the

citizens and the county officials being in the "good ol boy network". The City is run by

money, attorneys and political connections. Being in "The Club" and committing

criminal acts doesn't result in much of a penalty if caught. Yet, outsiders can criticize an

Officer and wind up in the system for a year instead of a week in this backwards City.

The City Officials make their own laws while turning blind to preferential treatments of

law enforcement. Many various and numerous stories have been printed in newspapers,

blogs, websites, etc. about this story including over 2 Million Copies of USA Today for

one paper alone for a few stories. My false arrest and false prosecutions based upon an

Unconstitutional 1972 Statute of 843.17 in violation of the First Amendment isn't going

away. There has been Much Publicity due to the wrongful and illegal actions of these

officers sworn to protect and serve us citizens by actually following and upholding the

law. This doesn't include arresting anyone based upon a "name, address or phone

number publishing" from the phone books as a public servant that was re-published.

## COUNT X – LOSS OF CONSORTIUM FOR POLITICS – BOTH PLAINTIFFS

144.     Plaintiffs reallege and incorporate by reference the allegations set forth in

each of the preceding paragraphs of this Complaint.

145.     This is an action against Defendants for loss of consortium.

146.     Said Defendant Officer Annette Garrett, and Officer Mike Dilmore,

individually and/or collectively or in one or more combinations, undertook actions and

courses of conduct whose objective was to cause harm and grievous damage to the

marriage of Plaintiffs Rob Brayshaw and Stephanie Brayshaw. These actions of said

Defendant harmed and caused damage to, and were the proximate cause of damage to,

<u>57</u>

the companionship and fellowship of husband and wife to which Rob and Stephanie Brayshaw were entitled; and to the right of each to the company without interference to personal and business actions, cooperation and aid of the other in every conjugal relation, including but not limited to affection, solace, comfort, companionship, fellowship, society and assistance so necessary to a successful marriage. These things were intruded upon due to this excessive and emotionally traumatizing investigation without any legal merit based on Florida Law; Rob Brayshaw was always well within his personal legal rights pertaining to such false investigation for trespassing as the legal property manager of the Dakota property. This is as well as the publishing of any address in protection of the First Amendment. This certainly includes any written complaints and blog entries on the internet in between for such wrongful retaliations by the bad police officers involved.

147.    As a direct and proximate result of the actions taken by said Defendants, Plaintiffs have suffered injury, including but not limited to past and future wage losses, loss of benefits, and other tangible and intangible damages. These damages have occurred in the past, are occurring at the present and will occur in the future. Both the City and State has cost our family much money because of their out of control and ridiculous actions for investigations, false arrest, false prosecutions and on-going Harassments to our family both directly and indirectly from their actions.

148.    Written and Oral Complaints regarding the wrongful actions of these Police Officers during their duties were made to the FDLE, Internal Affairs and Chief Of Police. There was obviously no reasonable actions taken to prevent this misconduct in the future as usual. Some of these actions are happening and continue to happen to other

**58**

citizens as protected by the "Good Ol' Boy Network" of politics in the local government.

149.    American Citizens always have the right to write and/or file complaint letters and investigate police officers and/or government officials as their public servants. These citizen actions are protected by the First Amendment of our U.S. Constitution as created by our founding fathers of this country.  These actions are even further protected by the Florida Statutes of "Florida Sunshine Laws" along with the Freedom Of Information and Public Record Acts for Disclosures.  Government Officials, however, do not have the right to misstep their investigations with "convenient fabrications" and overstep their authority for abuses of power and process.  This is why America needs the First Amendment!  This tyrant and oppressive government regime is on a Major Collision Course with our First Amendment Rights as citizens for a slippery slope.  There is certainly "No Law" against any publishing of "Public and Truthful Information" nor should there ever be a law for doing so only used as an illegal means for opposition. There certainly seems to be a long list of things that our tax payer's money would better benefit as used by government officials for our resources instead of chasing a "legal address publishing" on the internet.  Anyone can make up cases and sell Avon (Avon definition: Data–Flow) products while certainly giving people her home address and info.

150.    Officer Michael Dilmore was an Investigator of the Criminal Investigations DARE Unit in 2008.  (dilmorem@talgov.com)  It is my understanding that The City cut this program because of budget cuts last year with $15,000 for material costs.  This would seem to be a much more useful program to our City than these wasted cases.  All the citizens know what happened to Rachel Hoffman because of her

<u>59</u>

involvement in a sting. This is while the police had numerous policy violations with

their reckless actions with lack of transparency and accountability. It's time that they

start protecting and serving the citizens as they are paid to do without all the coddling.

151. On August 25th, 2007, Rob Brayshaw was ordered by the Tallahassee

Police to stop a fleeing felon for them that was on the run from the law. Several

Officers were in pursuit by vehicles and on foot in the Pensacola Shopping Center

at around 730 Pm.

(The BP Clerk was murdered across the street at the gas station just hours later in the

morning.) This is while Rob conducted a citizen's arrest for the police as ordered to do

without being issued a department-issued handgun, soft-body armor and badge. The

criminal felon was captured, convicted and brought to justice. This was because of the

ordered actions to a citizen conducting an arrest and/or detainment for the police. Three

fingers were cracked in the joints during this ordered take down from the high-speed

stop. No award ceremony was received as told that it would be in a letter while suffering

injuries in this ordered take down by a citizen arrest. I could very well be suffering

injuries in the joints of the fingers for the rest of my life without any considerable

consideration by The City. Officer Annette Garrett Retaliation for lack of award!

152.    The City will claim that they paid Rob $1,500.00 in a settlement for my

lawsuit against them in October 2008 in regard to this matter because of injuries.

This is while in reality, I only received about $1,000.00 after the filing fees and personal

costs for this lawsuit were paid by check in which I was working with the Tallahassee

Police as ordered to do. The City Attorney's wrote the injury lawsuit settlement so broad

**60**

as to disclaim that they would ever owe me any damages prior to this date of settlement

in October. This is while the settlement was strictly for <u>injury to my fingers</u> while

making the Citizen Arrest as told to me by Jessica Robbins that also handled the case.

This lawsuit against The City by Rob had absolutely nothing to do with damages suffered

to me and my wife because of Officers Annette Garrett and Mike Dilmore. This is along

with our family by the City because of their wrongful actions. The fact is that the City Of

Tallahassee never takes responsibility for their actions while hiding behind their lack of

government accountability and the tax payer's paying the expenses for bad police or

judicial misconduct. They are running things out of control. Whenever they make

mistakes in their line of work, they make claims that the tax payer's will have to pay the

money as a means of having no responsibility or admitting accountability to their personal

actions. Citizens need to be very careful with these City Slicker Attorneys.

This is why the Rachel Hoffman family has not yet settled with the City for the 5-10

Million dollars that they are rightfully and ultimately deserve for their family.

      153.     The False charges were filed again against Rob Brayshaw outside of the

Speedy Trial period (that ended in August 2008) in December 2008 for an on-going

situation. This was not a case of technicality at all, this was a case that Rob Brayshaw

should have never been arrested and charged twice by the police under any legal terms.

This refiling in December 2008 was two months after this injury lawsuit was settled for

personal injury. This is while the City Attorney, Billy Hendrix was quite misdirecting

and misleading in the matter for writing the settlement contract for personal injury during

an ordered citizen's arrest. This is a perfect example of how the citizen's of the City are

<u>**61**</u>

crooked out of money owed for damages by these individuals just like the Hoffman family. The broad writing of the settlement agreement by the City was not known until after it was already filed in open court by me. It was a clear cut issue for injuries suffered during a citizen arrest for a very low-ball offer of acceptance. Many issues with The City Of Tallahassee and Officers have not been settled because of their actions contained herein this lawsuit. My wife has never filed a lawsuit against the City along with any other family members of ours. The City of Tallahassee has only paid our family $1,000 for personal injury after legal fees paid by me which is hardly taking advantage of the tax payers for their actions that need to be corrected. Filing lawsuits is the only way to let things be known for changes to be made in the City by public knowledge. These individuals have been attempting to silence me for years but they haven't been successful at killing my wife or myself yet because they don't like what any of our family has to say.

154.        While Freedom Of Speech and Press is the main foundation of this lawsuit for **police transparency and accountability**,

The City has certainly cost our family much money and problems because of such **legal rights** because of their illegal actions especially for their First Amendment Retaliatory Arrest. This lawsuit comes full-circle to the police misconduct and wrongful actions of Officer Annette Garrett while attempting to silence and cover-up her actions. This is also why she is currently being sued by another husband and wife for many of the same reasons contained in this lawsuit. These police actions are wrong and unacceptable as we do have laws, due process and civil rights owed to the citizens instead of having a "backwoods judicial system". These Officers need to be reminded of that and who they

work for considering these officers are writing checks that their bodies can't cash at the expense of the tax payers.  Officers or Public Officials of the City cannot favor one form of speech over another.  To do this is evidence of disregard for the First Amendment rights of City Residents.  "THE SUPREME COURT REQUIRES THE GOVERNMENT TO PROVIDE SUBSTANTIAL JUSTIFICATION FOR THE INTERFERENCE WITH THE RIGHT TO FREE SPEECH WHERE IT ATTEMPTS TO REGULATE THE CONTENT OF THE SPEECH".  There was certainly No Substantial Justification shown for the republishing of an address out of the phone book!  These individuals took a sworn oath to uphold the US and State Of Florida Constitutions to serve and protect our citizens as paid to do without corruption of secrecy censorships.  They need to know that or they don't belong in law enforcement for being thugs with badges.  It crosses the thin blue line for "criminal activities" of being a law enforcement officer to protect and uphold the law.

155.    The home address of Annette Pickett Garrett is 1929 Queenswood Drive, Tallahassee, Florida 32303.  Home Value: $151,000.00 – Zillow.com.  Officer Garrett's information is highly available on the internet and certainly is not classified. Many people distributed this information across the web from my constitutional challenge lawsuit against the internet posting claimed to have been illegal that was declared protected under the First Amendment for the Federal Court filing.  Annette Pickett Garrett, 49 years old, 7 kids, single, divorced Anthony "Tony" Drzewiecki, 40 yo. Home Built 1973, 1669 square feet, Cingular Cell-phone: (850) 228-4567 or Home: (850) 402-0385, E-mail Address: Agarrett00@Comcast.net, Parents: John D & Janice R. Pickett, Home Address: 5451 Ochtocknee Road, Tallahassee, Florida 32303, (850) 562-3309.

These officers publish information about our citizens everyday and these public servants work for the citizens and paid by our tax payers dollars. We should know all of their personal information and Resume to check them all out. The home address of Michael Edward Dilmore is 6924 Tomy Lee Trail, Tallahassee, Florida 32309. Home Value: $168,000.00 – Zillow.com. Officer Mike Dilmore (Born May 1972) has worked in the past at Chubby's moonlighting as a security officer. Both Officers have or had pictures and profiles listed on Facebook, Myspace or Classmates.com on the internet. They shouldn't list their information if they don't want it republished because the government quite frankly can't prosecute information that is legally obtained and republished by an American Citizen for First Amendment Rights. The First Amendment belongs to no one individual or organization. Many Tallahassee Police Officers have their photos on-line with their network of buddies on Facebook. Officer Mike Dilmore has a personal blog at http://atablackbelt6.blogspot.com/. He basically brags about being a Black belt and even admitting himself to be leading a double-life as a hypocrite. Officer Michael Dilmore participated in the 2002-2003 Florida Karate Championship. Master James Emory Morris is his karate instructor. Mike placed 5th place in the sparring Tournament after losing and crying about defeat. The clear and obvious public disclosure of these two home addresses and their public information shows that they are a matter of public and court records for public and truthful information for subpoenas, mail or disclosure for other matters as public information. Officer Annette Garrett has had several internet websites over the years displaying her personal or personally identifying information. These include http://agarrett.avonrepresentative.com/about.html which

clearly showed her cell-phone number listed for selling Avon products.  She also has had the following website for both panhandling and fundraising while selling products at http://web.archive.org/web/20050324185157/http://home.comcast.net/~agarrett00/.  This website clearly shows a newspaper article displaying much of her personal information to the world.  This is an archive from her website of March 24th, 2005.  She has had a much more elaborate website designed by her website master and daughter Kenda Watson in 2008.  The March 2008 website showed many pictures of her family members and her personal information before being removed at the time of my false investigation for the public record of disclosure because of this officer being the one displaying them from her website.  The Tallahassee Democrat even listed much of her family information on the website above in a newspaper article on May 9th, 2004.  Officer Annette Garrett can be found on facebook with other Tallahassee officer buddies with their photos at http://www.facebook.com/Annette.Pickett.Garrett for a Blue Wall of Connections.  The reason that links existed for pictures of Officer Annette Garrett and her family members is because she offered them to the world on the websites created by her.

156.    The wife of Officer Mike Dilmore is Robyn Burke Dilmore (Born Sept 1974) working at Deerlake Middle School.  Dilmorer@mail.derlake.leon.k12.fl.us Phone: (850) 922-6545 or Fax: (850) 488-3275  She is an honorary local teacher for 7th grade for applied civics.  She herself teaches the United States Constitution, Bill of Rights and "Free Speech and Free Press" for the First Amendment in Florida.  This could be very helpful to these Police Officers that could certainly use a refresher course as they are sworn to uphold.  The ex-husband of Officer Annette Garrett is Anthony "Tony"

**65**

Drzewiecki. He is a local Sergeant for the Leon County Sheriff's Office and TV spokesperson regarding the local crimes in the community. These statements show the power of knowledge on the internet and the resources available to these officers when conducting their careers in the line of duty. Interestingly, Officer Mike Dilmore graduated North Florida Christian School in 1990 as a Senior in High School. He continued his education at Florida State University in Criminology. This Officer has had some traffic tickets during his early days especially with a lead foot for tickets in Leon County Court. Even Officer Annette Garrett attended some college at Tallahassee Community College from 1993 until 1995 (Associate Police Science Degree).

157.    Satellite Photos of Public Records on Google.com show that Officers like Mike Dilmore have no problem driving our tax payer's vehicles home with them after the job shift or during the day. This is while they proudly display our tax payer's vehicles as an advertisement of being police officers with SUV's and cars parked in their home driveways. This is while they don't extend the professional courtesies to citizens for the publishing of their home address. This is because they act like jerks that let the power go to their heads above the "Supreme Laws" with complete negligence and incompetence of "Florida Sunshine Laws" as well. Not to mention, FOIA Laws after 1972 as well. Rob Brayshaw is a private citizen and not a government employee. Rob is personally not limited to the "redaction" of information from public records as a City employee. This allows the "free flow of public and truthful information" from various sources. According to the Talgov.com website, Chief Dennis Jones implemented a process allowing officers to report for duty in the field from their home headquarters using

**66**

mobile data computers, thus claiming it eliminates the costs associated with officers driving to police headquarters before every shift. This process is claimed to save approximately $40,000 annually and enables officers to utilize more time fighting crime. What City Officials really aren't telling the public is how much it costs for these Tallahassee Police Officers to drive these vehicles home everyday from work with all the gas and maintenance costs. They also aren't talking about the things that happen with these vehicles when police are driving them to and from work. Furthermore, these officers need more time for remedial training and instructions at headquarters everyday instead of running the City Wild like "Dukes Of Hazzard" in their City vehicles.

159. Some Tallahassee Police Officers and prosecutors are unfortunately running the City Of Tallahassee very similar to the fictionalized TV shows of "Mayberry" and "Hazzard County" of the 1960's and 1970's. They need to step it up at least to "Miami Vice" to save drug informants as it certainly isn't CSI in this City. They must be watched and monitored from the internet and other public record sources to not interfere with their duties in their line of duty. I believe in letting them have breathing space but not so much as they do whatever they want without any governing themselves. (Examples: Holly Lofland, Ryan Pender, Shannen Brown, etc. that needed more supervision) This is while illegally enforcing an Outdated "1972 Law" for "Selective Enforcement" that is Chasing Citizens outside of "Florida Sunshine Laws" for the Dark Ages. It is obsolete as "Unconstitutional Rob's Law". In this case, the Unconstitutional Law was unenforceable and Rob Brayshaw was right for fighting it. One officer jumps and they all jump just like the prosecutors as lemons' at a major waste to the tax payers. Mike Dilmore is just

**67**

haphazard and reckless during his duties with manufacturing my false charges. This is like driving nearly 100 miles an hour without any Real Emergency (Internal Affairs discipline write-up) which puts the citizens at great risk for the possibility of a crash and death. The Tallahassee Police have no problem calling out to Rob Brayshaw with a police order. This is to stop their criminal felon for them on the run from the law; without offering him the same respect and protections as police officers. This is while officers also harass and arrest the same citizens that pay them without any prior Arrest for petty and no-nothing nonsense. The arrest numbers against citizens for "Free Speech or Free Press" certainly justify the paychecks to police officers paid by the citizens. The fact is that we are always going to take a stand for our "Free Speech and Free Press Rights" regardless of cost or consequences as long as we are alive in America. It's just tough if people don't agree with us as a **Democracy**. Citizens have every right to defend their innocence. I'm not targeting police officers, I'm just proving my innocence for not getting a fair trial at all based upon an unconstitutional ordinance that doesn't exist elsewhere. We don't agree with how these things were handled at all. Officer Mike Dilmore has since had his home address on his mortgage records removed as blackened out from the public on the website. Actually, Annette Garrett, Mike Dilmore and Scott Angulo have all had their addresses redacted from the Leon County Mortgage Records. They didn't have one complaint about their addresses being published until they attempted to use this Unconstitutional trap law. We think that it is very unconstitutional, ridiculous and juvenile that they would even redact their addresses at this point. We believe it to be unconstitutional under the 1st, 4th and 14th Amendments for Free Speech

**68**

and Free Press with Due Process and Equal Right Protections.  These Officers or

Juveniles that waste our tax payer's money on a constant basis are **Not Above The Law**.

All Citizens have their home addresses and information listed on mortgage records and

government documents.  Many states require that Police Officers or Law Enforcement

shows a justification of being under threat for true cause of having address removed from

government records by that of showing a cause for a court order before redaction by the

Clerk Of The Court.  We live in an Open Government in the Sunshine State of all places

and these Police Officers are shielding public corruption on our tax payers dollars.

They should all be exposed unless they can show a "Real Justification For Redaction By

Court Order".  This isn't based on merely the claims of my family and I feel threatened by

having it published.  This is in which they drive our vehicles home and park them in the

driveway with numerous sources of their addresses showing their home locations.  These

Police Officers really don't want to do any work at all besides goof off and waste tax

payer's money, time and resources.  Rob Brayshaw certainly didn't let the cat out of the

bag; and he can't force it back in for thousands of other public records from government

and private sources for personally identifying information of officers on the internet.

These police officers need to do their jobs and quit hiding in the bag from criminals like a

bunch of cats.  Maybe these Officers should petition the government with their

First Amendment Rights to have stronger "Privacy Protections" for all of us as citizens

instead of just them as a good reason for citizens and Officers alike to Protest.  These are

certainly police officers that like to protect and serve the public instead of hiding from

the criminals.  They don't even want an address published!  I'd hate to be a neighbor in

the locality considering how they treat the citizens like above the law and total
egotistical hypocrites!  How many citizen addresses do they publish per day?
What public servants  for handling "public information crimes".  Officers should finally
focus on the crimes in this City instead of the legal public information that is not the
weapons deployed in the City from the phone books.  If information is public
information, there should be no reason for why it can't be shared.  Criminalizing Public
Information or Complaint Letters protected by Citizen Political Speech violated the First
Amendment.  This is because Officers cared more about making an arrest than the <u>Actual</u>
<u>Common Law</u> for the arrest especially considering the speaker to the City.  Our rights
have been seriously violated by the City Officials sworn to protect us as a family.  No one
in America goes to jail for the publication of an address or publishing public information
unless you're Rob Brayshaw.  Me, I think police departments should be required to post
all citizen complaints against individual officers online in a searchable database.
Individual officers, their union reps, or their departments could post responses or
explanations to any frivolous claims.  Police officers are our public servants. Not only
that, they're public servants with the power to arrest, detain, and use lethal force.  If
certain officers are the subject of repeated complaints and aren't being properly
investigated internally, the public ought to be informed of that.  The Public Citizens
should contact the FBI since the FDLE, Chief Of Police and Internal Affairs are not
handling their duty to the public properly for protections within the department.  It does
seem to be many local connections in the network in which outside help of D.C. might be

<u>70</u>

the alternative for Civil Right Deprivations. This culture of secrecy by the TPD with lies

and cover-ups—and of intimidating anyone who dares question it with Gestapo or mob

activity—isn't healthy. These officers strictly use false claims of safety risks and false

Police reports to hide behind their badges from citizens for complaints or process service

for their personal mistakes and corruption. This is while they obviously have no problem

with publishing all of our citizen's personally identifying information even on a jury as a

member deciding the fate of an accused on trial. This is even for the "alleged crime" for

the publishing of an address of public record in the court itself. What a waste to the tax

payers! It's no surprise what happened to Rachel Hoffman considering the group

protecting her at the time. There should have been outside watch from within instead of

these good ol' buddies connected to cover each other instead of the citizen. They

obviously are not looking out for the citizens as shown in these cases. They are too busy

with the cover-ups of one another. These police officer's have been busy harassing me

and my family for the most petty of petty no-nothing which would never result in any

conviction. Cases that actually are protected from the law by Florida Law 83.53 and the

First Amendment that gets completely overlooked by local biases. This harassment

avoids them from doing real police work for real police cases. The Tallahassee Police are

much safer than most police officers while costing the tax payers for fruitless arrests.

It's difficult to panhandle, fund raise and sell Avon products while conducting a real case

against a criminal. Officer Annette Garrett has an AVON Product Selling Website At

http://agarrett.avonrepresentative.com/about.html Many jobs are much more dangerous

than what these people handle. There is certainly much RICO activity and corrupt

actions going on in this City with the selective enforcements with buddy connections. These two officers should not be working in the City as they are obviously involved in official misconducts. They are both untruthful when writing police reports. These Officers can furthermore accept this lawsuit as an Officer assessment report. These police officers are paid by us as tax payer's in which we are their employer. Tax payers are the very people that have the most power and right to speak out about their wrongful police actions. We will not be threatened or intimidated by these police misconduct actions for silencing us without our own desires to do so. These are two Officers that have had close ties and connections to even Investigator Holly Lofland while working on cases together. She has resigned from the police force because of criminal charges of police misconducts in which there is a "Blue Wall" among the police officers that work together. The roots of corruption run deep in the City between police officers and prosecutors. There certainly should not be two sets of laws in Tallahassee; ones for the rich with political ties and connections. Then, there's the laws for the poor who are deprived of the Constitutional and Bill Of Rights guaranteed to all in a court of law.

**FLORIDA SUNSHINE: EXPOSING TALLAHASSEE PUBLIC CORRUPTIONS**

This is just another example of the witch hunting of the State Attorney's Office in joint connection with the Tallahassee Police Department. They try and force cases forward with little or no evidence at a cost to the tax payers for the system mostly for people that can't afford to defend themselves. Cases should always proceed forward based upon facts and evidence and not bias or hatred for complaints. The foundation of this country's creation is the United States Constitution, which specifically gives every

72

person, regardless of race, creed, color, or ethnic origin, the right to be free from certain

governmental behavior. When a government official, acting under color of law, deprives

a person of his/her constitutional rights, that may well give rise to legal liability on the

part of that individual and potentially his/her government employer. The City Of

Tallahassee with the Police Department has failed at a number of things while chasing a

"legal address publishing" on the internet. Our ex-employer of Richard Charles Buss and

Lynda Marie Pfundstein as owners of the Dakota Apartments would be better people to

investigate. Unfortunately, that never happens locally with them having the money,

attorneys and local political connections as business owners with the AHB, LLC

company. My wife and I were both reclassified as employees while being illegally paid

for three years under an Independent Contractor scheme that they created. Both the IRS

and the State declared us both as employees that were being illegally paid as property

managers. We didn't have the paid taxes, benefits and labor protections for being

misclassified employees. We also didn't have the necessary staffing, funding or

resources to run the property without human resources. The company has been involved

in Employment Misclassifications, Insurance Frauds, Retaliations, Unpaid Wages,

Unpaid Overtime and Unpaid Unemployment Benefits with Poor Working Conditions.

This was all because of greedy business owners that are very dishonest. Police Reports,

Court Records and IRS Records certainly seem to suggest that these people are involved

in employment tax evasions and numerous insurance fraud schemes. Both Richard

Charles Buss and his business partner/girlfriend Lynda Marie Pfundstein own the Dakota

Apartments. It is located at 2166 West Pensacola Street, Tallahassee, Florida 32304 and

operated by these cheap lying crooks involved in scams.  They have an Office Address of 1260 Mosswood Chase, Tallahassee, Florida 32312.  Phone Numbers for Rich are (850) 556-6547 and Lynda as (850) 556-6264.  They have several company names of AHB, LLC DBA THE DAKOTA APARTMENTS, AHBP,LLC, DAK2, BUSS ENGINEERS AND BUSS CONTRACTORS AND DEVELOPERS, LLC.  These individuals are always hiding and ripping off money from their employees, residents, government and economy. The police department has failed to take action against these "white-collar" crimes however they can spend an enormous amount of tax payer's resources on an address publishing chase for false arrest.  All of these people are working in cahoots with each other for silencing speech with false lies and stories about us as individuals.  This is because they didn't want to be exposed of their illegal actions.  This resulted in our harassments in which the police are not immune from complaints for conducting such wrongful and illegal misconducts of unbecoming of an officer.  These two police officers have shown that they are incapable of protecting our Tallahassee Citizens that pay them. They are both too busy playing games with harassments and chasing a "legal address publishing on the internet" in California along with other petty no-nothing non-sense out of their job duties.  It would save our tax payer's money if they were instructed to just drive around the City in circles and eat donuts all day on their shifts.  This constant police presence in the City would deter crimes on the streets instead of Officers hiding in the courts and in the houses of law-abiding citizens regarding Free Speech republished out of court records or internet phone books.  No one has ultimate privacy rights, that idea is contrary to a free country or society.  In fact, the idea of police and officials having

**74**

"special privacy rights" plays right into the idea of a police state that protects from the disclosure of corruption. The more corrupt of a State, the more legislation of laws like 843.17 for publishings. It does not keep the proper checks and balances for the government. Laws of this type can only limit the kinds of statements someone makes if they are a true threat. You can publish information about public officials to goad them to action. It can't contain an actual threat to do physical harm. The government can't put information on one of its public websites then turn around and punish someone for publishing the same information on another website. That is both patently ridiculous and a violation of free speech. Furthermore, courts have struck down as unconstitutional, state laws that ban anything less than a true threat in such situations. The Florida Statute was unconstitutionally overbroad in this regard and needs to be history. If the idea of being a police officer in Tallahassee that has to live in the free world with our United States and Florida Constitutions and the Bill Of Rights bothers some people, then find some other form of employment because the City citizens don't need you as our public servant. There's lots of people that would glady serve as police officers who honestly don't expect special treatments with their creative report writing or some call it Holly Lofland pencil-screwing. In fact, they might agree that special treatment stinks like the idea of living in a police state with the City of Tallahassee's own law because of legislative and police corruption. Few states have any similar law like Arizona instead of Tallahassee's own law which is a huge difference for the two laws as truly "threat related speech". In Tallahassee, Police Officers arrest people for petty no-nothing. It is the First Amendment that exposes such government corruption and political

favoritisms.  If you believe everything that the police tell you, they never make mistakes

with their Public Relations and Blue Wall Of Silence keeping it to the minimum exposure

possible.  The Police Department even has local connections among the newspapers for

limitation of the actual facts.  Police publish citizen's personal information everyday in

police reports.  None of this matters to these Police Officers in Tallahassee because they

think they are above the law while suffering Malignant Narcissism Disorders.  The image

that is boldly portrayed by the Police Department Public Relations would have you

believe in a fictitious idealized image of this local police department that simply does not

exist.  However, I have met some great cops who are very professional but unfortunately

they are a vanishing breed among these with their dishonesty and misconduct for

corruption.  Hopefully having their information published and reminded about it will

keep them in check among the citizens because it works both ways.  I think they need to

clean up their act and quit wasting our tax payer's money.  This is frivolous non-sense

and no-nothing cases for criticisms while officers falsify official police documents.

There is an increasingly secretive attitude of "law enforcement".  Politicians desperately

want you to not know, and to never learn, three things: That you don't need them as

much, that they can do you more harm than good, and that there might be something you

can do about it.   The government is always overreaching their bounds outside of

constitutional laws that are unconstitutional.  This case of Rob Brayshaw is one of some

examples where the police target bloggers for publishing things the police don't want

published. They also like to attack people who publish ideas contrary to theirs with other

types of frivolous investigations. Where evidence is lacking for any case, they make

things up as has been shown. Of course, this desperation is an excellent thing, because it illustrates how close to the end the state really is considering the individuals that are running it in an attempt to stay within power because of police misconducts. Unfortunately, our City Officials will probably never do anything reasonable about it until they waste all of our tax payer's money and burn the City down. This is exactly why a family of Tallahassee citizens are feeling upset after numerous false investigations, proceedings and false criminal charges for arrest. This is while being Under Seige because of police harassments and misconducts for abuses of overstepping authority. Rob Brayshaw is the only American Citizen to ever be arrested and put in jail for merely publishing of an address and there is a reason for this occurrence because of these cops. This was official misconduct with untruthful information used by these two officers in an attempt to gain an arrest and a conviction. These Officers of Mike Dilmore and Annette Garrett intentionally put false and omitted information in official police reports leading to a False Arrest for the publishing of an address in which they do everyday against citizens. It's police officers like these that are costing our tax payer's millions of dollars who should not pursue frivolous and petty made-up cases to avoid the real police work. This Florida Statute of 843.17 that I supposedly broke is just a Big Government Sham that infringes upon Constitutional Rights of Free Speech and Free Press in America. Public Officials have less legal protections (not more) for criticisms than that of citizens by another citizen. Also, these police officers should be held to higher standards than that of the citizens instead of undeserved admiration for false arrest because of an address out of the phone book. This obviously isn't the original source of any blog for public

77

information obtained.  There is much public corruption that needs to be exposed but unfortunately it takes time and resources with the work of citizens working together to expose such actions.  This is especially with our local law enforcement that would have and enforce such laws for silencing as an unconstitutional gag-law for 1972.  On October 14th, 2009, Citing a "Rash of Crimes" involving public officials, Governor Charlie Christ asked the Florida Supreme Court to impanel a statewide grand jury for an investigation of corruption.    He stated "It's obvious to me that something is wrong with the system," said Crist. He added that he has removed 30 public officials from office, about one a month since he's been governor.  "A recent rash of crimes committed by public officials in Florida has led to a crisis of confidence among those who have elected them to office," Crist said in a prepared statement. "Today, I have petitioned the Florida Supreme Court to impanel a grand jury to investigate these crimes, bring indictments and provide specific recommendations to address fundamental problems within the system that may

be cultivating a culture of corruption."  Attorney General Bill McCollum, who is running for governor, issued a statement of support for the governor's petition to the high court. The fact is that the Florida system is corrupt and is simply not working as broken in which some people working in the system would certainly know that exposure needs to be conducted for True Justice.  These politicans and police are not being held to higher standards than the citizens along with their family members. This is especially with two sets of laws on the books for citizens and law enforcement extended to their families. There are many citizens in Tallahassee that are upset and we aren't the only ones.

<u>78</u>

The police are less tolerant because they strive on fears of the people without guts that aren't speaking up. These arrogant, criminal, street thugs are nothing more than another arm of government used to seize revenue, instill terror and fear in order to gain compliance. This is while they publish our names and addresses on a jury list as citizen members on a jury deciding the fate against an alleged criminal defendant. Their tactics are identically similar to criminal street thug gangs or the mob and used as a means of administering "Street JUST-US" and punishments for their own law. Double Standards and Hypocrisy do not help our justice system. Double Standards weaken our justice system and undermine the credibility of law enforcement agencies and their officers.

## PRAYER FOR UNCONSTITUIONAL RELIEFS; TIME FOR MAJOR CHANGES

WHEREFORE, Plaintiffs prays for the following relief:

(a)     that process issue and this court take jurisdiction over this case for

(b)     General damages in an amount to be proven at trial;

(c)     Punitive damages in an amount deemed just and reasonable against individual Defendants as to the causes of action alleged herein;

(d)     Costs and attorney's fees against all Defendants as to the causes of action alleged under Constitution and laws of the United States, pursuant to 42 U.S.C. § 1988;

(e)     Treble damages and attorneys' fees against all Defendants as to the causes of action alleged under 18 U.S.C. § 1961, et. seq.

(f)     The costs of litigation;

**79**

(g)    All remedies provided by 42 U.S.C. §§ 1983, 18 U.S.C. §§ 1961, et. seq.

(h)    that this Court grant equitable relief against Defendants under the applicable counts set forth above, mandating Defendant' Officer Annette Garrett's and Officer Mike Dilmore's obedience to the laws enumerated herein and providing other Equitable relief to Plaintiff;

(i)    enter judgement against Defendant Annette Garrett and for Plaintiffs awarding damages to Plaintiffs from Defendents' discrimination for violations of law enumerated herein;

(j)    enter judgement against Defendants and for Plaintiffs permanently enjoining Defendants from future violations of discrimination of law enumerated herein;

(k)    enter judgment against Defendants and for Plaintiffs awarding Plaintiffs all recoverable expenses and costs;

(l)    award Plaintiff interest and damages; and

(m)    grant such other and further relief as being just and proper under the circumstances.

## REQUEST FOR TRIAL BY JURY

Plaintiffs hereby request a trial by jury on all issues set forth herein which are so triable.    DATED this 29th day of June, 2010.

Respectfully submitted,

Robert A. "Rob" Brayshaw
**ROBERT A. BRAYSHAW, Pro Se**
206 Wilson Green Boulevard
Tallahassee, Florida 32305
Telephone:    (850) 980-2504
PRO SE ATTORNEY FOR PLAINTIFFS

**80**

**WE RESERVE THE RIGHT TO ADD ATTORNEYS TO THE PROCEEDING**



**This is Investigator Michael "Mike" Edward Dilmore (TPD Badge #694).**



**This is Investigator Annette Pickett Garrett (TPD Badge #640).**

## WITNESS LIST OF PUBLIC SERVANTS

1)  Judge Judith Hawkins, 1567 Escadrille Drive, Tallahassee, Florida 32308

2)  Judge Augustus Aikens, 2317 Killarney Way, Tallahassee, Florida 32309,
(850) 668-1495

3)  Judge James O. Shelfer, 1430 Lloyds Cove Road, Tallahassee, Florida 32312

4)  Prosecutor Georgia Cappleman, 3803 Shamrock Street West, Tallahassee,
Florida 32309, (850) 727-8657

5)  Prosecutor Brian E. Chojnowski, 407 Stone House Road, Tallahassee, Fl 32301

6)  Officer Annette Garrett, 1929 Queenswood Drive, Tallahassee, Florida 32303
(850) 402-0385

7)  Officer Michael Dilmore, 6924 Tomy Lee Trail, Tallahassee, Florida 32308

8)  Officer Sonya Bush, 1652 Alshire Court North, Tallahassee, Florida 32317

9)  Officer Scott Angulo, 4232 Carnwath Drive, Tallahassee, Florida 32303

10) State Attorney Willie N. Meggs, 3650 Flat Road, Tallahassee, Florida 32303

11) Richard Charles Buss (Crook Boss), 1260 Mosswood Chase, Tallahassee, Florida
32312

12) Lynda Marie Pfundstein, 901 Riggins Road, Apt. #431, Tallahassee, Fl 32308

13) Anita Favors Thompson (City Manager), 7056 Standing Pines Lane,
Tallahassee, Florida 32312

14) Attorney General William "Bill" McCollum, 1421 Fairway Drive, Tallahassee,
Florida 32301

15) Chief Dennis Michael Jones, 2493 Nugget Lane, Tallahassee, Florida 32303

16) Mayor John R. Marks, 3713 Bobbin Brook East, Tallahassee, Florida 32312

17) Prosecutor Crystal Hall, 900 Riggins Road, #723, Tallahassee, Florida 32308

**Note:  Citizen Jury Members have their names and addresses on "Jury Member Lists" in the Sunshine State of Florida.  Government Officials certainly can as well. Government Officials are paid by our tax payers dollars as our Public Servants.**

**ALL PLAINTIFFS/DEFENDANTS (INVOLVED PARTIES TO CIVIL CLAIMS)**

**ROB AND STEPHANIE BRAYSHAW, PRO SE**
**206 Wilson Green Boulevard**
**Tallahassee, Florida 32305**
**(850) 980-2504**

**UNITED STATES DISTRICT COURT**
**Northern District Of Florida**
**111 N. Adams St.**
**Tallahassee, Florida 32301-7730**

**ANITA FAVORS THOMPSON (TALLAHASSEE - CITY MANAGER)**
**300 South Adams Street**
**Tallahassee, Florida 32301**

**ANNETTE PICKETT GARRETT (TPD OFFICER -- BADGE #640)**
**1929 Queenswood Drive**
**Tallahassee, Florida 32303**

**MICHAEL EDWARD DILMORE (TPD OFFICER -- BADGE #694)**
**6924 Tomy Lee Trail**
**Tallahassee, Florida 32308**