UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE CITY DIVISION

**ROBERT A. BRAYSHAW, and
STEPHANIE M. BRAYSHAW,**

    Plaintiff,

vs.

**ANNETTE PICKETT GARRETT, Badge #640, individually, MICHAEL EDWARD DILMORE, Badge #694, individually, and THE CITY OF TALLAHASSEE,**

    **Defendant.**

                                              /

**CASE NO.  4:10-cv-00272-SPM/WCS**

## NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW Ginger Barry Boyd, attorney at law with the firm of Broad and Cassel, 200 Grand Boulevard, Suite 205A, Destin, Florida 32550, and hereby gives notice of her appearance in this cause as co-counsel of record on behalf of Defendant Michael Edward Dilmore.

Copies of all correspondence, pleadings, etc., intended for Defendant Michael Edward Dilmore should be directed to the attention of the undersigned.

Respectfully submitted,

s/Ginger Barry Boyd
Ginger Barry Boyd, *Of Counsel*
Florida Bar Number 0294550
BROAD AND CASSEL
200 Grand Boulevard, Suite 205A
Destin, Florida 32550
Telephone: (850) 269-0148
Telecopier: (850) 521-1472

Co-Counsel for Defendant Michael Edward Dilmore

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by via CM/ECF to Billy J. Esquire, City Attorneys Office, 300 S. Adams Street, Tallahassee, Florida 32301-1731, and via U. S. Mail to Robert A. Brayshaw and Stephanie M. Brayshaw, 206 Wilson Green Boulevard, Tallahassee, Florida 32305, on this 3rd day of December, 2010.

s/Ginger Barry Boyd
Attorney