# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROBERT A. BRAYSHAW,

    Plaintiff,

vs.                                            Case No. 4:10cv272-SPM/WCS

ANNETTE PICKETT GARRETT, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 45), which recommends that Plaintiff's claims against the city of Tallahassee should be dismissed as barred by *res judicata*, and the Magistrate Judge's Second Report and Recommendation (doc. 47), which recommends that the Motion to Dismiss filed by Defendants Garrett and Dilmore (doc. 34) be granted. Plaintiff was furnished copies and has filed an objection to the Magistrate Judge's Second Report and Recommendation (doc. 47). Pursuant to Title 28, United States Code, Section 636(b)(1), this Court has made a de novo determination of those portions of the Second Report and Recommendation (doc. 47) to which an objection has been made. Having fully considered the Plaintiff's objection, this Court finds that the Second Report and Recommendation (doc. 47) is legally accurate, is without bias, and should be adopted. The Court also finds

that the First Report and Recommendation (doc. 45) is legally accurate and should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Reports and Recommendations (docs. 45, 47) are **adopted and incorporated** by reference into this order.

2. The Defendants' Motions to Dismiss (docs. 21, 34) are **granted**.

3. Plaintiff's claims against the City of Tallahassee are **dismissed** as barred by the doctrine of *res judicata*.

4. Plaintiff's claims against Defendants Garrett and Dilmore are ***dismissed with prejudice.***

5. All pending motions are **denied as moot**.

6. The Clerk is instructed to close this case and enter judgment for Defendants.

DONE AND ORDERED this <u>first</u> day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge