IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT A. BRAYSHAW,

    Plaintiff,

v.                                               Case No.:4:10-CV-272-SPM/WCS

ANNETTE PICKETT GARRETT, et al.,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiff's "Motion for Objections of Order's #59 and #69."  Doc. 77.  The Court stands by its previous ruling on the issue.  See docs. 27, 59 and 69.  Nevertheless, Plaintiff now states that he does not have a copy of document 23 or 24, and asks that redacted versions be placed on the docket so he may have access to them through the PACER system.  This request will be granted.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 77) is denied.

2.    The clerk shall file redacted versions of documents 23 and 24 for the public file.

DONE AND ORDERED this 23rd day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge